IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM JOHN JOSEPH HOGE          *

Plaintiff                         *

v                                 *          Civil Action No.  ELH-14-1683

WILLIAM M. SCHMALFELDT            *

Defendant                         *
                                 ***

**O R D E R**

Plaintiff has filed this complaint and paid the full civil filing fee, and therefore bears the

responsibility for effecting service of process on defendant.  Plaintiff may effectuate service by

presenting summons to the Clerk for signature and seal and then serving a copy of the summons

and complaint on defendant.  Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and

complaint may be effectuated by any person who is not a party and who is at least 18 years of

age.  Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effectuating service of the

summons and complaint must promptly notify the court,[1] through an affidavit, that he has served

defendant.

If there is no record that service was effected on defendant, plaintiff risks dismissal of

this case.  Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding

affirmative relief has not effected service of process within 120 days of filing the complaint, the

court may enter an order asking the party to show cause why the claims should not be dismissed.

---

[1] If plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, he must file with the Clerk the United States Post Office acknowledgment as proof of service.

If the party fails to show cause within the time as may be set by the court, the complaint shall be dismissed without prejudice.

Accordingly, it is this 29th day of May, 2014, by the United States District Court for the District of Maryland, hereby ORDERED that:

1.  The Clerk TAKE ALL NECESSARY STEPS to prepare and issue summons and to return summons to plaintiff.  If service copies of the complaint were provided, the Clerk SHALL RETURN them to the plaintiff; and

2.  The Clerk SHALL SEND a copy of this Order to plaintiff.

_____/s/_____
Ellen Lipton Hollander
United States District Judge