

# Hogwash!

Hogewash! is a trademark of W. J. J. Hoge

www.hogewash.com
Snail Mail to 20 Ridge Road, Westminster, Maryland 21157
Email to himself@wjjhoge.com
(410) 596-2854

4 June, 2014

Hand Delivery

Clerk of the Court
United States District Court for the District of Maryland

Re: *Hoge v. Schmalfeldt*, EIH-14-CV-1683

Service of process in the above referenced action has been effected pursuant to Fed R. Civ. P. 4 and Md. Rule 2-121(a) by mailing the summons and complaint to the Defendant via Certified Mail, Return Receipt Request, Restricted Delivery. The Certified Mail green card shows delivery on 2 June, 2014. The USPS green card is attached.

I certify under penalty of perjury that foregoing is true and correct.

Respectfully submitted,

William John Joseph Hoge, *pro se*

encl.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _p Schmalfe__ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Gail Schmalfeldt  C. Date of Delivery 6-21-? |
| 1. Article Addressed to:<br>William M. Schmalfeldt<br>Trailer 71<br>6636 Washington Blvd<br>Elkridge, MD<br>21075 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) 420 21075 9515 6000 0027 4150 0001 24 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |