FILED ——— ENTERED
——— LOGGED ——— RECEIVED

JUN 1 2 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

BY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

Case No. ELH-14-CV-1683

William John Joseph Hoge,
*Plaintiff*,

v.

William M. Schmalfeldt,
*Defendant*.

William M. Schmalfeldt,
*Counterclaim Plaintiff*,

v.

William John Joseph Hoge, *et al.*
*Counterclaim Defendant*.

## PROPOSED ORDER

In consideration of Counterclaim Defendant Hoge's Motion to Dismiss
Counterclaims and any opposition thereto, it is this _____ day of _____,
2014, ORDERED in the above caption action

(i.) That Counterclaim Defendant Hoge's motion is hereby GRANTED, and

(ii.) That Counterclaim Plaintiff's counterclaims are DISMISSED with prejudice.

_____
United States District Judge