# Exhibit A

Extract from http://i-got-yer-lawsuit-right-here.com/2014/06/why-i-am-so-looking-forward-to-meeting-paul-krendler/ viewed 11 June, 2014.



These images can be found at **http://thinkingmanszombie.wordpress.com/** and are reproduced in full to demonstrate the casual libel of an anonymous clown. Therefore, their use qualifies as "fair use" for the purpose of demonstration and criticism.

### Trying To Silence Me, Pretty Much Because I'm Guilty

Posted: May 15, 2014 | Author: Paul Krendler | Filed under: NOT Harassment, Parody | Tags: Bill Schmalfeldt, Copyright law, TKLW | 10 Comments

I am identified by name and called a liar. That is not parody. That is libel.

**We Bullies HATE It When You Fight Back!**

I had yet another Facebook account taken down because I am writing lies about Robin Causey and WJJ Hoge III. I re-established it last night and posted NOTHING! This morning, it was gone again, because these wise and gentle men who regularly scare streams of fear-pee from my loins, do not want me to continue spreading lies about them.

They have filed several legitimate DMCA complaints against me. This morning, I was lying about that to friends one of my many Twitter accounts, one of the very few that has not been suspended or abandoned. Now, that has been taken from me as well.

I guess this is going to turn into one of those games where my efforts to tell lies about them will be like "whack-a-mole." If I put up a new Twitter account and start talking shit, Causey/Hoge will just get it taken down. If I put up a new Facebook account, Causey/Hoge will just have it taken down. Because I'm a big fat liar. With Parkinson's. And I'm indigent. Probably because I got hold of some bad mayonnaise.

I hope I don't make bigs again before she gets home.

HOGEISTS!!

CAUSEY!!

FOCUS!!

**Count per Day**

Total visitors: 2074

Visitors today: 254

Visitors yesterday: 288

Visitors last week: 1865

Visitors per month: 2074

Visitors per day: 230

Visitors currently online: 5

Counter starts on: June 3, 2014

**Admin Stuff**

Log in

Entries RSS

Comments RSS