# Exhibit B

Defendant's @WMSRadioNetwork Twitter account at https://twitter.com/wmsradionetwork/status/476478061093728256 viewed 11 June, 2014.

