**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

June 13, 2014

MEMORANDUM TO PARTIES

    Re:    *Hoge v. Schmalfeldt*
             Civil Action No. ELH-14-1683

William John Joseph Hoge (via U.S. Mail)
William M. Schmalfeldt (via U.S. Mail)

Dear Mr. Hoge and Mr. Schmalfeldt:

    This will confirm that I will conduct a hearing on plaintiff William John Joseph Hoge's "Motion for Preliminary Injunction" (ECF 13, docketed on June 13, 2014) pursuant to Rule 65 of the Federal Rules of Civil Procedure. The hearing will be held on **Thursday, June 26, 2014, at 10:00 a.m.**, in Courtroom 5B of the Garmatz Federal Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

    Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

                                   Very truly yours,

                                   /s/

                                 Ellen Lipton Hollander
                                 United States District Judge