1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**US DISTRICT COURT**

**for the**

**DISTRICT OF MARYLAND US**

**(Northern Division)**

WILLIAM JOHN JOSEPH HOGE III )  Case No.: 1:14-cv-01683-ELH
                             )
    *Plaintiff*              )
                             )
    v.                       )  **ANSWER OF DEFENDANT TO PLAINTIFF'S AMENDED**
                             )  **COMPLAINT**
WILLIAM M. SCHMALFELDT       )
                             )
    *Defendant*              )


                             )
WILLIAM M. SCHMALFELDT       )
                             )
    *Counterclaim Plaintiff* )
                             )
    v.                       )
                             )
WILLIAM JOHN JOSEPH HOGE III )
                             )
    *Counterclaim Defendant* )


                             )
WILLIAM M. SCHMALFELDT       )
                             )
    *Counterclaim Plaintiff* )
                             )
    v.                       )
                             )
"PAUL KRENDLER" (Anonymous Blogger) )
                             )
    *Counterclaim Defendant* )

FILED ——— ENTERED
——— LODGED ——— RECEIVED

JUN 17 2014

AT BALTIMORE COURT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND  DEPUTY

BY

**ANSWER**

Defendant William M. Schmalfeldt, in answer to Plaintiff William John Joseph
Hoge III's Amended Complaint, denies and admits as follows:

**NATURE OF THE ACTION**

1.    Admits that this is an action for copyright infringement. Denies infringing on Plaintiff's copyright as all use falls under "Fair Use Doctrine" of US Copyright Law, 17 USC § 107

2.    Denied.

3.    Denied.

### JURISDICTION

4.    Admitted.

5.    Admitted.

6.    Admitted.

### PARTIES

7.    Admitted.

8.    Admitted

### ANSWERS TO MR. HOGE'S COMPLAINTS

9.    Admitted.

10.    Admitted in part. Denied in that Plaintiff does not hold copyright on the comments to his blog. That copyright remains with the original author of the comment, and the Plaintiff misleads the court by stating that the *Hogewash!*" Terms of Service require the commenter to turn over copyright to Plaintiff. (Ex. A)

11.    Defendant does not have enough information to admit or deny as Plaintiff has not produced a copy of the signed transfer agreement as required by 17 USC § 204(a).

12.    Defendant does not have enough information to admit or deny as Plaintiff has not produced a copy of the applications for certificates of registration he claims to have submitted to the US Copyright Office.

**ANSWER TO PLAINTIFF'S COMPLAINT ON COPYRIGHT INFRINGEMENTS**

13.    Admitted.

14.    Denied.

15.    Denied.

16.    Admitted.

**ANSWER TO INFRINGEMENT VIA BOOKS AND EBOOKS (COUNTS I, II and III)**

17.    All Paragraphs above are hereby incorporated by reference.

18.    Admitted.

19.    Admitted.

20.    Admitted.

21.    Denied.

**ANSWER TO COUNT II - "*BRAIN DEAD*"**

22.    All Paragraphs above are incorporated by reference.

23.    Admitted. The one copy sold was purchased by Defendant.

24.    Denied.

25.    Denied.

**CANSWER TO COUNT III - "*INTENTIONAL INFLICTION*"**

26.    All Paragraphs above are incorporated by reference.

27.    Denied.

28.    Admitted that Plaintiff notified CreateSpace. Does not have sufficient information as to whether Plaintiff purchased "the world book and e-book rights."

29.    Denied.

**ANSWER TO INFRINGEMENT VIA INTERNET WEBSITES (Counts IV through XXV)**

30.    All Paragraphs above are hereby incorporated by reference.

31.  Denied.

32.  Denied.

33.  Denied.

34.  Denied.


**ANSWER TO INFRINGEMENT VIA TWITTER (COUNTS XXV THEOUGH XXXVII)**

35.  All Paragraphs above are hereby incorporated by reference.

36.  Denied.

37.  Denied.

38.  Denied.


**ANSWER TO PLAINTIFF'S STATEMENT REGARDING DROPPED CHARGES**

39.  All Paragraphs above are hereby incorporated by reference.

40.  Defendant does not have sufficient information to affirm or deny Plaintiff's rationale for dropping the charges.


**AFFIRMATIVE DEFENSES**

41.  All Paragraphs above are hereby incorporated by reference.

42.  All Affirmative Defenses made by Defendant in his First Amended Answer to Plaintiff's First Complaint are hereby incorporated by reference.

43.  Despite requesting copies of the copyright applications Plaintiff alleges he made in his Amended Complaint from "Paul Krendler", no copies have been produced.

44.  When this Court filed its Report on the Filing or Determination of an Action or Appeal Regarding a Copyright **(Ex. B)** on May 27, 2014, there were no copyright registration numbers listed, no "title(s) of work(s)" listed and no "author(s) of work" listed on the form.

45.  In its Memorandum Opinion in *Patrick Collins, Inc. v. William Gillispie, et al,* (D.Md. 2012) 11-cv-01776-AW, this Court reaffirms its decision in a Motion to Quash filed in *Patrick Collins v. Does 1-22*, (D.Md. 2011) 11-CV-01772-AW, finding that the Plaintiff had adequately stated a claim for copyright infringement even though its copyright registration was still pending. This ruling is cited by the Plaintiff in his Amended Complaint. He fails to mention that in *Collins v. Does 1-22,* this Court noted

that the plaintiff in that case had attached a copy of his copyright application to

his complaint, something the Plaintiff in the instant case has not done. This Court

also found in *Collins v. Gillispie* that *Collins* had adequately stated a claim for

copyright infringement even though his copyright registration was still pending"

> "…the mere grant of subject matter jurisdiction should not be understood as an
> entitlement to statutory damages for infringement of an unregistered work.
> Courts within the Fourth Circuit have held that a Plaintiff cannot collect
> statutory or actual damages for copyright infringement where it has offered no
> proof of registration. See, e.g., Tattoo Art, 794 F. Supp. 2d at 654-57.

46.     Other than Plaintiff's say-so in the Amended Complaint, there is no

evidence whatsoever to show that he in fact filed a copyright application before

filing the instant suit, after filing the instant suit, or at any other time.

WHEREFORE, Defendant prays that Plaintiff take nothing by the way of his

complaint, and that the answering Defendant herein recover his costs and such other

and further relief as the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Defendant resubmits his demand for a trial by jury pursuant to Federal Rules of

Civil Procedure, Rule 38(b)

Respectfully Submitted,

June 13, 2014

William M. Schmalfeldt, Pro Se
6636 Washington Blvd., Lot 71
Elkridge, MD 21075
bschmalfeldt@comcast.net
410-206-9637

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that a copy of the foregoing Answer to Plaintiff's Amended

3  Counterclaim was mailed by First Class Mail this 13th day of June, 2014, to William

4  John Joseph Hoge III, Pro Se, at 20 Ridge Road, Westminster, Maryland 21157.

5

6  _____
       William M. Schmalfeldt, Pro Se
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28