June 21, 2014

Clerk of Court
US District Court for the District of Maryland
Northern Division
101 W. Lombard St.
Baltimore, MD 21201

RE: **Case Number 1:14-cv-01683-ELH**

Please find attached my Supplemental Motion to Dismiss the Plaintiff's case. I would greatly appreciate it if this motion could be added to the docket for the hearing on June 26 at 10am.

Thank you!

Bill Schmalfeldt
6636 Washington Blvd. #71
Elkridge, MD 21075