# Why Bother With Copyrights?

Posted on **18 June, 2013**

**EXHIBIT A**

👍 15 👎 0  **0** Rate This

> *The Congress shall have Power ... To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries ...*
>
> —Constitution of the United States of America, Article I, Section 8

I own a fairly good bit of intellectual property—trademarks, service marks, and copyrights. (My patent rights are assigned to a former employer.) OTOH, I've placed a good deal of material in the public domain or licensed work through Creative Commons. Why do I give some stuff away and retain control of other things?

Here's the key word: *control*.

Some things have sufficient economic value to me that I want to keep control of them as sources of income. Some things have artistic or intellectual value that I want to protect.

Other things "promote the Progress of Science and useful Arts" by being freely shared.

Still other things are worth giving away for the promotional value. <u>For example, I someone were to post a copy this particular blog entry elsewhere and tell folks to go look at it, that would be free advertising for *Hogewash!*, something that a small-time blogger like me should be happy to have. Even if the person providing that free advertising were strongly critical of *Hogewash!*, I'd be disinclined to send a takedown notice so long as this blog entry was posted without alteration so that it could speak for itself.</u>

But not every blogger is so confident of the integrity of his writings.

Posted in **Blogging** | Tagged **Copyright** | **Leave a reply**