

# hogewash

Never pick a fight with a man who buys pixels by the terabyte.

# Team Kimberlin Post of the Day

Posted on **4 April, 2013**

11    1    Rate This

Yesterday, I noted a similarity between the Prenda Law case and the Virginia *Walker v. Kimberlin, et al.* case—that both Penda's lawyers and The Dread Pirate Kimberlin had taken the Fifth during civil lawsuits. There's another parallel between Prenda and TDPK.

Porn.

Prenda is a copyright troll going after individuals who have downloaded pornographic videos for which it claims to control the copyrights.

Brett Kimberlin dealt pornography to other inmates while he was in prison and was also involved in a porn related lawsuit. There's a section (pp., 202, 203) in Mark Singer's book *Citizen K* that describes TDPK's attempted suing of his source for $150,000 in damages because the porn wasn't sufficiently exciting.

**SHARE THIS:**

Twitter 9 | Facebook 1 | LinkedIn 1 | Email | Print | More

Reblog | Like

10 bloggers like this.

**RELATED**