# WILLIAM HOGE

## WILLIAM SCHMALFELDT

**Civil No. ELH-14-1683**                                                    **Plaintiff Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 6/26/14 | 6/26/14 | Copyright page |
| 2 | 6/26/14 | 6/26/14 | Are you pondering what I'm pondering? |
| 3 | 6/26/14 | 6/26/14 | My slow journalistic death |
| 4 | 6/26/14 | 6/26/14 | Chapter 13 page |
| 5 | 6/26/14 | 6/26/14 | Page from web-site of Mr. Schmalfeldt |
| 6 | 6/26/14 | 6/26/14 | Amazon Report |
| 7 | 6/26/14 | 6/26/14 | List of Tweets |
| 8 | 6/26/14 | 6/26/14 | Term of services |
| 9 | 6/26/14 | 6/26/14 | Tweet from WMS Radio Broadcasting |
| 10 | 6/26/14 | 6/26/14 | My big fun lawsuit page |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 JUN 26  P 4: 34
CLERK'S OFFICE
AT BALTIMORE
BY ___ DEPUTY

Exhibit List (Rev. 3/1999)