**WILLIAM HOGE**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**WILLIAM SCHMALFELDT** 2014 JUN 26 P 4 34

Civil No. ELH-14-1683

CLERK'S OFFICE
AT BALTIMORE

BY                DEPUTY

**Defendant Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 2A-Z | 6/26/14 | 6/26/14 | Posting of Blog |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)