IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM HOGE
**Plaintiff**

vs.

WILLIAM SCHMALFELDT
**Defendant**

Case No.: ELH-14-1683

******

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | ALL |

All Plaintiff's/Government's exhibits returned: June 26, 2014

All Defendant's exhibits returned: June 26, 2014

Received the above listed exhibits this date:

Plaintiff: [signature]

Defendant: Court Kept the Exh. oF A

Date: June 26, 2014

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits