IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM JOHN JOSEPH HOGE,
   *Plaintiff*,

v.

WILLIAM M. SCHMALFELDT,
   *Defendant*.

Civil Action No. ELH-14-1683

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 1st day of July, 2014, by the United States District Court for the District of Maryland, ORDERED:

1. Plaintiff's Motion for a Preliminary Injunction (ECF 13) is denied.

2. Count IV of the Amended Complaint (ECF 9) is dismissed.

                                        /s/
                                   Ellen Lipton Hollander
                                   United States District Judge