## EXHIBIT A

**The previous Terms of Service for use of material from the "Hogewash" blog, owned by Plaintiff William John Joseph Hoge III, located at http://hogewash.com, before being changed and made more strict on June 26, 2014**

**Previously located at http://hogewash.com/the-fine-print/**

# The Fine Print

COPYRIGHT NOTICE

All original content on the *Hogewash!* website (hogewash.com) is copyrighted material owned by W. J. J. Hoge. <u>Except as noted below, all rights are reserved.</u> Any other material is either in the Public Domain, is otherwise owned by W. J. J. Hoge, is used by permission of the owner or owner's agent, is used under a license such as Creative Commons, or is used under the Fair Use doctrine of U. S. copyright law.

<u>Any comment posted to the site remains the property of the originator of the comment who is solely responsible for the content of his comment. Posting or attempting to post a comment to the site grants a royalty-free license to *Hogewash!* and its owner to reproduce the comment or any portion of it in any medium without limitation to the place or time of use or publication.</u> Allowing a comment to appear on the site does not constitute an endorsement of its contents.

If you have found material on this site which you believe infringes your intellectual property rights, please contact me at once so that we may resolve any problem. See the DMCA Contact page.

TRADEMARK NOTICE

*Hogewash!* and hogewash.com are trademarks owned by W. J. J. Hoge.

USE OF THE SITE

<u>By reading, linking to, quoting, printing out, or in any way making use of this blog's content in any means, place, or forum, you agree to the following.</u>

1. These terms are subject to change, and you should review them regularly.

2. You recognize that all material is provided on an as-is basis. No statement of opinion may be relied upon as fact. Nothing represented as a fact should be relied upon without further investigation by you sufficient to satisfy your independent judgment that is is true.

1

3. Other than the names, email and IP addresses, and (optionally) websites of persons posting comments, *Hogewash!* doesn't collect any information about you. In fact, I'm not interested in any other information about you. However, advertisers and traffic monitoring services (among others) do automatically collect information about your comings and goings on the internet, including connections to *Hogewash!*. If this bothers you, you may want to clear you cookies and browser history. This may also be helpful.

4. Permission is granted to read, quote, cite, link to, print out, or otherwise use *Hogewash!* content under the following terms of use:

A. All quotations from *Hogewash!* must include credit to *Hogewash!* or to W. J. J. Hoge and, wherever practicable, a hyperlink of the form http://www.hogewash.com/ to this site.

B. In exchange for access to the *Hogewash!* content described herein, you agree not to sue W. J. J. Hoge or *Hogewash!* for its content, whether original or linked or quoted from any source, in any court on any grounds in law or equity. Should you violate this agreement by filing such a lawsuit, you agree to pay *Hogewash!*'s owner the sum of one-thousand dollars ($1,000.00) as liquidated damages in addition to all attorney's fees, court costs, or other expenses associated with such litigation and to indemnify and save harmless *Hogewash!* and its owner from any damage award made against them in such action. Should this agreement not to sue be held unenforceable by a court of competent jurisdiction, you agree to binding arbitration with all arbitration expenses paid by you. The arbitration panel shall be composed of three (3) weblog operators selected by *Hogewash!*'s owner from those in the Links list on the *Hogewash!* site. The award in such arbitration shall be limited to (1) a monetary sum not to exceed ten dollars ($10.00) and (2) the publication of a retraction or correction on the *Hogewash!* site. You agree that you will be entitled to no other relief of any kind in law or equity. You agree that all disputes concerning these terms of use or the content of *Hogewash!* are to be resolved in the courts of Carroll County, Maryland, under the laws of State of Maryland and the United States of America. You agree that if you are outside the State of Maryland, service of process by First Class U. S. Mail shall be adequate service upon you or your legal counsel.

C. You agree that efforts to use *Hogewash!* content in violation of these terms of use constitute a violation of *Hogewash!*'s copyright, and you agree that (1) by virtue of this agreement you are estopped from arguing otherwise and that (2) such violations may lead to civil or criminal penalties.

D. If you are a corporation, you agree to provide, upon the filing of any lawsuit or the mailing or emailing of any communication threatening legal action, a bond in the amount of one-thousand dollars ($1,000.00) as security against the liquidated damages provided for in paragraph 4.B. above. If you are an attorney or law firm representing a party filing such a lawsuit or causing such a communication to be sent, you agree to provide a bond in the same amount as security against the liquidated damages provided in paragraph 4.B. above unless you have never accessed, viewed, read, or otherwise made use of *Hogewash!* content in any form.

5. All wordpress.com Terms of Service apply to your use of this site as well.

6. If you do not agree to these terms of use, exit the site immediately and destroy all copies of *Hogewash!* content remaining in any form on your computer, any other computer, network device, or mobile device under your control; in print form; or on any information storage or retrieval device that you possess or control. Then execute the following affidavit and send it by certified mail to *Hogewash!*, c/o W. J. J. Hoge, 20 Ridge Road, Westminster, MD 21157, USA

AFFIDAVIT

I hereby certify under penalty of perjury that I possess no copies of the *Hogewash!* website in any form whatsoever; that neither I nor any employee, agent, or associate will access that site in the future in any manner whatsoever; and that I will immediately destroy all copies of *Hogewash!* content that happen to come into my possession. I understand that action contrary to these statements constitutes perjury and a violation of the *Hogewash!* Terms of Use, subjecting me to possible civil and criminal liabilities.

/s/ _____ Signature _____ Date

/s/ _____ Witnessed (Notary)

My commission expires _____.

Notary Seal

3

CORRECTIONS POLICY

*Hogewash!* is not in the business of spreading false information about anyone or anything. If you believe that a post on this site contains erroneous information, please contact W. J. J. Hoge via one of the means on the DMCA page with an explanation of the error. If the error is confirmed, a correction or retraction will be issued forthwith. Please note that your opinion that something is amiss isn't sufficient. Credible documentation of an error is required. Serial complainers who make frivolous claims will be dealt with as spammers.