U.S. DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

WILLIAM JOHN JOSEPH HOGE )
)
Plaintiff, )
) Case Number 1:14-cv-01683-ELH
v. )
)
WILLIAM M. SCHMALFELDT )
)
Defendant. )

## CORRESPONDENCE FROM DEFENDANT TO JUDGE ELLEN L. HOLLANDER

### Potential Violations of 17 USC 506(c)(e) by Plaintiff

A matter has come to the Defendant's attention that he feels should be made known to the Court as it proceeds with this case.

In reviewing Plaintiff's claim that he has applied to the U.S. Copyright Office for copyright protection of his "Hogewash" blog *in toto* for the months of March, April and May 2014, the Defendant has become aware of a potential criminal violation of 17 USC 506(c)(e) by the Plaintiff.

Seventy of the blog posts Plaintiff seeks to copyright are, in fact, already copyrighted by the United States Government. Plaintiff makes no exception in his Copyright Application for these 70 posts incorporating images, videos and text from the National Aeronautics and Space Administration (NASA) where he works as a part-time contractor employee at the Goddard Jet Propulsion Lab in Greenbelt, Maryland, for the contractor MEI Technologies.

On the NASA website, on their Media Information page, they clearly state:

"It is unlawful to falsely claim copyright or any other rights in NASA material."

The applicable law is 17 USC 506(c)(e) which reads:

> **(c) Fraudulent Copyright Notice.— Any person who, with fraudulent intent, places on any article a notice of copyright or words of the same purport that such person knows to be false, or who, with fraudulent intent, publicly distributes or imports for public distribution any article bearing such notice or words that such person knows to be false, shall be fined not more than $2,500.**
>
> **(e) False Representation.— Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.**

The portion of US Copyright Law covering the copyright of government-produced material is 17 USC 403 which reads:

> **Sections 401 (d) and 402 (d) shall not apply to a work published in copies or phonorecords consisting predominantly of one or more works of the United States Government unless the notice of copyright appearing on the published copies or phonorecords to which a defendant in the copyright infringement suit had access includes a statement identifying, either affirmatively or negatively, those portions of the copies or phonorecords embodying any work or works protected under this title.**

Plaintiff clearly is in violation of 17 USC 506 (c)(e) when he claims copyright in toto of all blog posts beginning March 1, 2014, through May 31, 2014.

Defendant has notified the Federal Bureau of Investigations through their http://tips.fbi.gov website of the Plaintiff's alleged violation of the law, and brings these concerns to the attention of the court.

Rather than kill off another rain forest by printing out all 70 potential violations of USC 506 (c)(e), Defendant will include a list of the website URLs where

each alleged infraction can be seen. If need be, Defendant can produce hard copies if so desired by the Court. The Court will notice that each blog post includes the copyright mark, "© W.J.J. Hoge" with no reference, other than an image credit, of the Government's copyright in the material.

Defendant submits this information with the hopes that the Court will give due consideration to this potential violation of the law along with other weaknesses in the Plaintiff's case against this Defendant when the Court considers Defendant's Motion to Dismiss and to Proceed with the Counterclaim.

DATED: JULY 8, 2014                                Respectfully submitted,

                                                   *[signature]*

                                                   William M. Schmalfeldt, *PRO SE*
                                                   6636 Washington Blvd. Lot 71
                                                   Elkridge, MD 21075
                                                   410-206-9637
                                                   bschmalfeldt@comcast.net

### Verification

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and all copies are true and correct representations of the original documents.

*[signature]*

William M. Schmalfeldt

### Certificate of Service

I certify that on the 8th day of July, 2014, I served a copy of the foregoing Reply to Plaintiff's Motion for Preliminary Injunction and Memorandum in Support of Defendants Motion to Dismiss by First Class Mail to W.J.J.Hoge, 20 Ridge Road, Westminster, MD 21157 by First Class Main, Certified, Return Receipt Requested.

*[signature]*

William M. Schmalfeldt