# A LIST OF THE 70 WEBSITE URLs CONTAINING NASA COPYRIGHTED MATERIAL THAT W.J.J. HOGE CLAIMS COPYRIGHT OWNERSHIP TO, IN VIOLATION OF 17 USC 501(c)(e)

1. http://hogewash.com/2014/05/31/orion-in-3d/
2. http://hogewash.com/2014/05/30/serpens-cloud-core/
3. http://hogewash.com/2014/05/29/astro-proam/
4. http://hogewash.com/2014/05/28/galactic-magnetism/
5. http://hogewash.com/2014/05/26/in-the-eagle-nebula/
6. http://hogewash.com/2014/05/25/thats-no-space-station-its-a-moon/
7. http://hogewash.com/2014/05/23/a-new-crater-on-mars/
8. http://hogewash.com/2014/05/21/m60-ucd1/
9. http://hogewash.com/2014/05/20/cygnus-ob2-9/
10. http://hogewash.com/2014/05/19/the-giant-red-spot/
11. http://hogewash.com/2014/05/18/the-not-so-giant-red-spot/
12. http://hogewash.com/2014/05/16/neptune-triton-rings-and-stars/
13. http://hogewash.com/2014/05/15/inside-the-flame-nebula-2/
14. http://hogewash.com/2014/05/14/pan-and-zoom/
15. http://hogewash.com/2014/05/13/a-stellar-survivor/
16. http://hogewash.com/2014/05/12/the-grand-canyon-of-mars/
17. http://hogewash.com/2014/05/11/infrared-andromeda/
18. http://hogewash.com/2014/05/10/coronal-hole-squared/
19. http://hogewash.com/2014/05/09/b-and-c-in-uv/
20. http://hogewash.com/2014/05/08/inside-the-flame-nebula/
21. http://hogewash.com/2014/05/07/outbound/
22. http://hogewash.com/2014/05/06/53-years-ago-yesterday/
23. http://hogewash.com/2014/05/05/thats-no-moon-its-a-space-station/
24. http://hogewash.com/2014/05/04/whats-up-for-may/
25. http://hogewash.com/2014/05/03/m61-2/
26. http://hogewash.com/2014/05/02/26749/
27. http://hogewash.com/2014/05/01/the-pleiades-2/
28. http://hogewash.com/2014/04/30/rings-and-shadows/
29. http://hogewash.com/2014/04/29/missed-it-by-that-much-2/
30. http://hogewash.com/2014/04/27/asteroids-3/
31. http://hogewash.com/2014/04/26/brown-dwarf/
32. http://hogewash.com/2014/04/25/m5/
33. http://hogewash.com/2014/04/24/arp-81/
34. http://hogewash.com/2014/04/23/m101-in-ir/
35. http://hogewash.com/2014/04/21/just-a-bit-blurry/
36. http://hogewash.com/2014/04/20/mariner-4-and-mars/
37. http://hogewash.com/2014/04/19/the-tadpole/
38. http://hogewash.com/2014/04/18/surveyor-3-and-apollo-12/

39. http://hogewash.com/2014/04/16/new-moon-2/
40. http://hogewash.com/2014/04/15/a-horsehead-of-a-different-color-2/
41. http://hogewash.com/2014/04/12/mergers-and-acquisitions-2/
42. http://hogewash.com/2014/04/11/el-gordo-2/
43. http://hogewash.com/2014/04/09/get-ready-for-the-eclipse/
44. http://hogewash.com/2014/04/05/a-solar-flare-2/
45. http://hogewash.com/2014/04/04/themis/
46. http://hogewash.com/2014/04/03/mars-in-opposition/
47. http://hogewash.com/2014/04/01/encountering-hyperion/
48. http://hogewash.com/2014/03/31/ios-true-colors/
49. http://hogewash.com/2014/03/30/hollows-on-mercury/
50. http://hogewash.com/2014/03/29/1000-km-closer-to-mars/
51. http://hogewash.com/2014/03/27/you-cant-see-it-from-here/
52. http://hogewash.com/2014/03/25/breaking-up-is-hard-to-do/
53. http://hogewash.com/2014/03/24/confused-hubble/
54. http://hogewash.com/2014/03/22/a-seyfert-galaxy/
55. http://hogewash.com/2014/03/21/coming-attractions-lunar-eclipses/
56. http://hogewash.com/2014/03/20/measuring-a-black-holes-spin/
57. http://hogewash.com/2014/03/19/the-moons-north-pole/
58. http://hogewash.com/2014/03/18/the-monkey-head-nebula/
59. http://hogewash.com/2014/03/17/hubble-nets-a-butterfly/
60. http://hogewash.com/2014/03/16/missed-it-by-that-much/
61. http://hogewash.com/2014/03/15/preview-of-coming-attractions-3/
62. http://hogewash.com/2014/03/12/the-sun-in-january/
63. http://hogewash.com/2014/03/11/a-swift-tour-of-andromeda/
64. http://hogewash.com/2014/03/10/wimpy-x-rays/
65. http://hogewash.com/2014/03/09/exoplanets-and-exocomets/
66. http://hogewash.com/2014/03/08/a-telescope-larger-than-a-galaxy/
67. http://hogewash.com/2014/03/07/the-sand-dunes-of-mars/
68. http://hogewash.com/2014/03/06/a-day-on-mercury/
69. http://hogewash.com/2014/03/03/martian-sunset/
70. http://hogewash.com/2014/03/02/surveyor-1/