|  |  |
|---|---|
| William John Joseph Hoge,<br>*Plaintiff*,<br><br>v.<br><br>William M. Schmalfeldt,<br>*Defendant*. | United States District Court<br>For The District Of Maryland<br>Northern Division<br><br>Case No. ELH-14-CV-1683 |

PLAINTIFF HOGE'S REPLY TO ECF NO. 33

COMES NOW Plaintiff William John Joseph Hoge and replies to Defendant's "Reply to Plaintiff's Motion and Opposition to Defendant's Supplemental Motion to Dismiss (ECF 20)". In support of his motion and in reply to Defendant Mr. Hoge states as follows:

Defendant acknowledges that his filing ECF No. 20 is redundant and states that he has no objection to its being stricken.

Defendant attached several exhibits to ECF No. 33. Exhibits D and E are not true and correct representations of the originals.