U.S. DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| WILLIAM M. SCHMALFELDT | ) |
| | ) |
| Counterclaim Plaintiff, | ) |
| | ) Case Number 1:14-cv-01683-ELH |
| v. | ) |
| | ) |
| "Paul Krendler," (Anonymous Blogger) | ) |
| | ) |
| Counterclaim Defendant. | ) |

## VERIFIED MOTION FOR SUBPOENA TO IDENTIFY COUNTERCLAIM DEFENDANT "PAUL KRENDLER"

Now comes Counterclaim Plaintiff William M. Schmalfeldt and moves this Court to direct the Clerk to issue subpoenas to assist Counteclaim Plaintiff in identifying anonymous blogger and Counterclaim Defendant, "Paul Krendler."

1. Counterclaim Defendant "Paul Krendler" is the author of the "Thinking Man's Zombie Blog". It seems to a large degree to be a blog created and devoted to the sole purpose of mocking, attacking, libeling and smearing the Counterclaim Plaintiff.

2. Counterclaim Defendant purportedly "sold" his copyright in a blog post dated April 23, 2014, titled "We Can Write Whatever We Want, Right?" to Counterclaim Defendant William John Joseph Hoge III, even though no proof of a valid transfer of copyright has been shown to this date.

3. Counterclaim Plaintiff has tried on several occasions to ascertain the name, address, state of residence, etc., of "Krendler" via the comment section of his blog, and via his Twitter account, "@Brainsrfood." These efforts have been met with mockery, derision, or were otherwise ignored.

4. Counterclaim Defendant William John Joseph Hoge III has claimed in his briefs that, although he has a valid copyright transfer agreement with "Krendler", he has no idea what his actual name is or where he lives.

5. Counterclaim Plaintiff has the right to determine the identity and state of residence of an anonymous blogger that he is suing for defamation and other torts. *Independent Newspapers v. Brodie,* 407 Md. 415 (Md. 2009).

6. A Brodie finding is not required for the issuance of a subpoena.

7. Counterclaim Plaintiff has notified "Krendler" that he is seeking subpoenas for service to WordPress.com, the host server of his "Thinking Man's Zombie" blog, as well as to Twitter, in order to comply with the notice and opportunity to respond standards set forth in Brodie. (Exhibit A.)

8. Copies of the proposed subpoenas are attached as Exhibits B and C.

WHEREFORE: For the above reasons, Counterclaim Plaintiff moves this Court to order the Clerk to issue the requested subpoenas.

Respectfully submitted

DATED:   June 15, 2014

By: _____
William M. Schmalfeldt, *Pro Se*
6636 Washington Blvd., Lot 71
Elkridge, Maryland 21075
bschmalfeldt@comcast.net
410-206-9637 (telephone)

## Verification

I verify that the above statements are true and correct under the provisions of 28 USC 1746.

William M. Schmalfeldt

## Certificate of Service

I certifiy that I mailed a copy of this motion to Counterclaim Defendant W. J. J. Hoge by Certified Mail, First Class, Return Receipt Requested on June 15, 2014.

William M. Schmalfeldt

3