# EXHIBIT A

Dear "Paul Krendler":

I have tried time and time again, politely, to ascertain your actual name and address. You have responded with mockery, derision or silence.

This is to inform you, in accordance with the notice and opportunity to respond standards set forth in *Independent Newspapers v. Brodie*, 407 Md. 415 (Md. 2009) that I will file a Verified Motion for a Subpoena to WordPress.com and Twitter to ascertain your name, address, state of residence and any other information they can provide.

This is not a game, "Paul." Charging a person with Copyright Infringement is serious business, although from the looks of your blog and the dozens of copyrights you violated thereupon, it seems as if you are more interested in keeping yourself anonymous than defending a copyright.

Any time you feel like acting like an adult and complying with my legal right to know the name and state of residence of a person who has conspired with another to deprive me of my legal right to publish a book, you let me know. In the meantime, as soon as the Judge approves this request, we'll get those subpoenas to WordPress.com and Twitter and find out the hard way.

Be Well.



William Schmalfeldt