U.S. DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| WILLIAM JOHN JOSEPH HOGE III ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case Number 1:14-cv-01683-ELH |
| v. ) | |
| ) | |
| WILLIAM M. SCHMALFELDT ) | |
| ) | |
| *Defendant.* ) | |
| _____) | |
| WILLIAM M. SCHMALFELDT ) | |
| ) | |
| *Counterclaim Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM JOHN JOSEPH HOGE III ) | |
| ) | |
| *Counterclaim Defendant.* ) | |
| _____) | |
| WILLIAM M. SCHMALFELDT ) | |
| ) | |
| *Counterclaim Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| "PAUL KRENDLER" Anonymous Blogger) | |
| ) | |
| *Counterclaim Defendant.* ) | |
| _____) | |

### MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIM

Comes now Defendant and Counterclaim Plaintiff William M. Schmalfeldt and moves this Court to allow him to file a Second Amended Counterclaim.

Pursuant to Local Rule 103.6, Defendant and Counterclaim Plaintiff Schmalfeldt has filed this motion with a redlined copy of his Original Answer to the

Plaintiff's Amended Complaint and his First Amended Counterclaim with this Reply to Counterclaim Defendant's Motion to Dismiss Counterclaim Plaintiff's Counterclaim. As this is the Defendant and Counterclaim Plaintiff's First Amended Answer to Plaintiff and Counterclaim Defendant Hoge's Amended Complaint, leave of the Court is not required. In the interest of clarity *(blessed clarity)* Schmalfeldt has filed this motion with copies of his Original Answer to Hoge's Amended Complaint (ECF 18) and his First Amended Counterclaim (ECF 8). Both previously filed documents have been completely redlined to allow Schmalfeldt to state his Amended Answer and Second Amended Counterclaim in as clear a fashion as possible.

Respectfully submitted

**DATED:**     July 17, 2014

By: _____

William M. Schmalfeldt, Pro Se
6636 Washington Blvd., Lot 71
Elkridge, Maryland 21075
bschmalfeldt@comcast.net
410-206-9637 (telephone)

**Verification**

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
William M. Schmalfeldt

**Certificate of Service**

I certify that on the 17th day of July, 2014, I served a copy of the foregoing Motion for Leave to File a Second Amended Counterclaim on William John Joseph Hoge III by First Class, Certified Mail, Return Receipt Requested to 20 Ridge Road, Westminster, MD 21157

William M. Schmalfeldt