July 21, 2014

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUL 22  A 11: 36

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

The Hon. Ellen L. Hollander
US District Court for the District of Maryland
Northern Division
101 W. Lombard St.
Baltimore, MD 21201

RE:   Hoge v. Schmalfeldt, **Case Number 1:14-cv-01683-ELH**

Dear Judge Hollander:

Your honor.

As the pro se defendant and counterclaim plaintiff in the above matter, something happened during the past week that I believe merits the Court's immediate attention.

The pro se plaintiff and counterclaim defendant in this case, William John Joseph Hoge of Westminster, Maryland, attempted yet again to procure another peace order against me in the Carroll County District Court. He was denied (Attachment 1), but he immediately appealed to the Carroll County Circuit Court (Attachment 2). In his complaint seeking the peace order (Attachment 3), Hoge alleges "harassment by continued (20+) contacts after a demand to stop. Harassment by filing a false (DMCA) takedown notice resulting in disruption of a commercial website. (I have no idea what "commercial website" he is talking about.) Threats to file criminal charges if I did not provide information related to a business relationship to a third party."

If I may address these allegations, I received a letter from Mr. Hoge (Attachment 4) on July 17 that I thought seemed like an attempt to start some sort of settlement discussion. I am not bound to obey Mr. Hoge's order to contact him via mail only. I am a retired person, 14-years with Parkinson's disease, living on a barely sufficient fixed income. I have his e-mail address, he has mine. I will say the same thing in an e-mail as I would in a letter. Of note is the fact that Hoge filed for this latest peace order the same day I received the letter.

The DMCA complaint to which he refers was not fraudulent. It was under the terms of the WordPress.com Terms of Service, and was meant as a demonstration by me to show what "the real world" thinks of people lifting snippets of blog entries from another's blog to use on his own. WordPress rejected the claim, as they rightly should have. And Mr. Hoge makes no claim as to how this "disrupted" his public, personal and non-commercial website "Hogewash", which is certainly NOT a commercial website. WordPress did take down some images I referred to in an earlier communication with the Court that were lifted from the NASA website. But I immediately notified WordPress that they had taken down the wrong photos and they were immediately replaced. I certainly made no "threats" about taking criminal action, and the "information related to a business relationship to a third party" is his copyright transfer agreement with anonymous blogger "Paul Krendler," for which he filed a copyright claim on June 7, 2014 – 11 days after filing the instant case. I still have not seen a document that says Hoge owns copyright to that, your honor.

Once again, we have Mr. Hoge twisting the facts, not outright lying but shaping and spinning the facts until they present him in a light that he can take to a Carroll County Court Commissioner, to make himself seem sympathetic and virtuous to a court official who has no idea what has already transpired.

Your honor, this all goes to show the proof of what I allege in my counterclaim and what I said in our Preliminary Injunction Hearing on June 27. Mr. Hoge has gotten a peace order against me and had it extended for six months because I did not submit to his demand to remove the "@" symbol before his name on my Tweets. Despite the findings in US v. Cassidy, the Carroll County Circuit Court Judge said he was not bound by the precedent set by the US District Court for the District of Maryland and ruled that tweeting "@wjjhoge" arose to the level of harassment under Maryland Law 3-803.

Mr. Hoge is a vindictive, vexatious litigant. He must understand that his copyright infringement case is doomed by the fact that he did not even register his copyright for over a week after filing the instant case. I can only imagine that his best-case scenario is that your Honor dismisses his complaint, dismisses my counterclaim and sends us both on our merry way. This is exactly the same deal I offered him before this case began. Now that he has proven what I said about him is absolutely true, his filing

of a new peace order, his plunking down another $135 to appeal it, his paying $295 to belatedly file copyright on pieces of work he never objected to anyone using until he changed his "terms of service" on the same day as our Preliminary Injunction hearing, on top of the $400 filing fee for the instant claim, piled atop the 367 charges dismissed by the Carroll County and Howard County State's Attorneys offices, how can one see Hoge's actions in any light other than that of a vindictive, vexatious, obsessed Captain Ahab, willing to pay any cost to land his personal "Moby Dick"? Or, given Hoge's affinity for science fiction, this quote from *"Star Trek II, the Wrath of Khan"*:

> **He *tasks* me. He *tasks* me, and I shall *have* him. I'll chase him round the Moons of Nibia and round the Antares Maelstrom and round Perdition's flames before I give him up!**

Your honor, I am not a white whale. I am not a starship captain. I am a flesh and blood, living, breathing human being, slowly slipping into an early grave because of a neurological disorder that Hoge did not cause but certainly made worse with his constant attacks, the hectoring of his commenters, and his malicious use of the courts of Carroll County, Howard County, and now the United States of America for the sole purpose of running me to ground, to obtain that thing he wants more than anything else it seems – my personal destruction.

This is why I have to pursue the counterclaim, your honor. It is as I predicted, only now Hoge can't even wait to lose THIS case before he tries to hammer me with yet *another* misuse of the courts as a weapon against me. As I said on June 27, your honor, this will continue until I am either totally incapacitated or dead: OR UNLESS SOMEONE COMPELS HIM TO CEASE THIS ACTIVITY!

Sincerely,

William M. Schmalfeldt, Pro Se
6636 Washington Blvd. #71
Elkridge, MD 21075
bschmalfeldt@comcast.net
410-206-9637
(Enclosures)

## Certificate of Service

I certify that on the 21st day of July, 2014, I served a copy of the foregoing Reply to Counterclaim Defendant Hoge's Motion to Dismiss on William John Joseph Hoge III by Certified Mail, Return Receipt Requested to 20 Ridge Road, Westminster, MD 21157

William M. Schmalfeldt