# EXHIBIT A

# A SELECTION OF COMMENTS FROM HOGEWASH SHOWING HOGE'S UNWILLINGNESS TO REDACT COMMENTS THAT ARE EITHER OFF TOPIC OF OBSCENE

From a Blog post from Hogewash, http://hogewash.com/2014/08/02/team-kimberlin-post-of-the-day-339 -- the subject is a receipt in the Brett Kimberlin case. Somehow, it becomes a thread about Schmalfeldt.



Tao on 2 August, 2014 at 01:24 said:

👍 12 👎 0  🛈 Rate This

This will mandate a historic megaton Schmalfeldtian Fe'dtdown including, but not limited to:

1. Personal ex-partery to every judge involved in every case involving all who are affed with TDPK.

2. Unsolicited email to our gracious host.

3. Unsolicited email to our gracious host's spouse.

4. Accusations of terrorism.

5. !!!ELEVENTY!!!!!!!!!

6. Biggies!!!!

Reply ↓

Jane
on 2 August, 2014 at 01:46 said:

👍 10 👎 0  🛈 Rate This

7. Profit!!

Reply ↓

 BigSkyBob
on 2 August, 2014 at 12:04 said.

👍 14  👎 0   ⊘ Rate This

Apparently, the story did not survive Bill Schmalfeldt "sitting on it." Not many things would!

Reply ↓

 Perry Mason
on 2 August, 2014 at 15:26 said:

👍 4  👎 0   ⊘ Rate This

That's why we need a searchable database of all of Willy's scribblings. It would be fun to post every instance where he had "special information" that he was releasing soon that would be "devastating". My God, for a while there it was weekly.

 wjjhoge
on 2 August, 2014 at 15:35 said.

👍 5  👎 0   ⊘ Rate This

That's one of the principal differences between Team Kimberlin and us good guys. They are dealing in brass knuckle reputation management. We are engaged in defending ourselves from their lawfare. A win for them is an imagined PR victory. A win for us is having a case thrown out on summary judgment or, if necessary, a favorable verdict at trial.

We have all sorts of "special information" too, but we don't intend to let it out until it helps us win on our terms. Some of it will have to wait for the right moment. Some of it may not come out until after the current legal wrangling is over. Some of it may never come out because it may not be necessary, and revealing it could embarrass third parties needlessly.

2

This is from a Hogewash post, http://hogewash.com/2014/08/01/breaking-kimberlin-ordered-to-pay-sanction, the subject being "Brett Kimberlin Forced to Pay Sanctions.  As usual…



juicyoe101 on **1 August, 2014 at 11:31** said.

👍 21  👎 0  🔘 Rate This

And so it begins. Hope many more to follow. Billy Boy this is what your future looks like.

Reply ↓

> Minemyown
> on **1 August, 2014 at 12:08** said
>
> 👍 13  👎 0  🔘 Rate This
>
> Is this why a twitter timeline went protected mode this morning?
>
> Reply ↓

> > A Reader #1
> > on **1 August, 2014 at 12:23** said:
> >
> > 👍 10  👎 0  🔘 Rate This
> >
> > Probably only the usual pre-court behavior in an attempt to look pure.



Noa N. Boo on **1 August, 2014 at 12:56** said.

👍 11 👎 0 ❓ Rate This

But, but … I thought they were winning? Bill Schmalfeldt to!d me so and everything!

I guess I really can't believe everything I read from William. Maybe that's why he's hiding.

Reply ↓



Grace
on **1 August, 2014 at 13:25** said:

👍 7 👎 0 ❓ Rate This

Whoever is in possession of Baghdad B!ob's meme declaring Team Kimberlin is "Winning," I, for one, would appreciate seeing it posted in this comment thread.



Reply ↓

4



Perry Mason on **1 August, 2014 at 12:45** said:

👍 13 👎 0 ⊘ Rate This

AAAAAAnd, Willy's timeline is back to protected.

Time to panic, Bill.

Reply ↓



Neal N. Bob
on **1 August, 2014 at 13:18** said:

👍 1 👎 0 ⊘ Rate This

To think that we'll all be denied his braggadocio and lovely cartoons until as late as tomorrow afternoon.

However will we muddle through? Will we be able to make it without the hate crack to which William has us so addicted? Will we shake and defecate ourselves uncontrollably? Maybe we'll just die.

Dealers of hate crack are like that. They refuse to be taken for granted!

Reply ↓



Jane
on **1 August, 2014 at 14:35** said:

👍 8 👎 0 ⊘ Rate This

You're very clearly an eternal optimist, Neal N. Bob, but c'mon... "tomorrow afternoon"? Really? You can't possibly believe he'll be quiet that long. hahahaha

5



**Franko on 1 August, 2014 at 13:34** said:

👍 14 👎 0 **0** Rate This

Bwilly protected his tweets A) To memory hole all the crap he has said in the past week regarding his legal problems before he goes to ADR. You know he has to appear "pure" and all. I mean nobody would have screen capped all his outlandish statements or anything right? B) Bwilly has a long history as Brett Kimberlin's PR flack and is now turning tail and running because he can't defend the numerous lies he has told in support of his Master.

Congrats John. I hope the rest of Brett Kimberlin's (perjurer, domestic terrorist, drug dealer, arms dealer, suspected murderer and alleged didd'er) case falls apart sooner rather then later.

.



A Reader #1 on 1 August, 2014 at 13:51 said:

👍 9 👎 0 **0** Rate This

He's baaa-aack. And because he can't spin it in a way that helps his very good
friend, he brings up something totally unrelated.

@RadioNixonUSA
The sanctions against Brett... does that mean Hoge somehow invented a time
machine to go back and fix his fatal error in his copyright case?
10:41 AM – 1 Aug 2014

Reply ↓

 brarygryfion
on 1 August, 2014 at 13:56 said:

👍 8 👎 0 **0** Rate This

Bat guano has more logic than Bivwwy's tweets. And it's a hell of lot more
use, as I understand it makes fantastic fertilzer.

Reply ↓

 Ren
on 1 August, 2014 at 14:32 said:

👍 8 👎 0 **0** Rate This

flash backs of CASSIDY!!1!11!!
remember how he trumpeted that over and over ad nausem as
how he was going to beat the PO?

good times /sarc

O.o

7



**Gus Bailey**
on 1 August, 2014 at 14:56 said:

👍 10 👎 0 **Ø** Rate This

No, LG, don't you remember? This blog only FOCUSes on bill. It's befuddling that a Team Kimberlin post should rival a "laugh at bill" post.

Granted, bill provides fodder daily, and is an easy mark; but I'd daresay that Kimberlin news, good or bad, is easily more interesting to most of us. I guess that's because Kimberlin, albeit a convicted perjuror, bomber, drug smuggler and a gun runner, and creepy pedo type; is actually more interesting. Creepy and disgusting, but interesting.



brarygryffon
on 1 August, 2014 at 15:15 said.

👍 8 👎 0 **Ø** Rate This

You have a point, Gus. Since Bwwy can only FOCUS™ on one thing on his blog, Hoge, he probably assumes that other blogs can only have one FOCUS™ too. And being the narcissistic SOB that he is, he can't imagine that it might just possibly not be all about him.

8

 **Grace**
on 1 August, 2014 at 14:04 said.

👍 10 👎 0 ❶ Rate This

Gobbeldygook. *eyeroll*

The Deranged Cyberstalker and Adjudicated Harasser Bill Schmalfeldt is going to horribly disappoint his "excellent" friend if he doesn't up his PR game, and at least take a stab at spinning this sanction as a win for his master — the sawed-off, domestic terrorist Brett Kimberlin.

May judicial goodwill and justice continue to follow our Gentle Host.

Reply ↓

 **Noa. N. Bob**
on 1 August, 2014 at 17:51 said.

👍 4 👎 0 ❶ Rate This

William, is your demonstrable ability to say hiding for more than seven hours an indication of your mental illness?

Be careful answering that …

Reply ↓

9



Noel N. Boo on 1 August, 2014 at 17:59 said:

👍 5 👎 0   ⚙ Rate This

.@PaulLemmen @OsborneInk Yes. PO's ALWAYS violate their
client's right to freedom of religion to keep asshats from wasting
their time.—
RADIO NIXON (@RadioNixonUSA) August 01, 2014

Isn't young William accusing someone of a crime that he doesn't have the facts to
prove?

Isn't that, by Boy William's own standard of law as Oliver Wendell Jones and a
master of JOURNALISM!!!ELENTY!!, a no-no?

Reply ↓

 Ran
on 1 August, 2014 at 18:17 said:

👍 6 👎 0   ⚙ Rate This

love how bwtly takes "at her request" and decides that means she violated
his freedom of religion by forcing him to take it down...
and ignores that HE (bwtly) is one of the asshats trying to waste her time...

Reply ↓

10



Neal N. Bob on **1 August, 2014 at 18:14** said.

👍 4 👎 0 **0** Rate This

God, John, I do appreciate the way you make the fat man dance.

Reply ↓



Neal N. Boo on **1 August, 2014 at 18:18** said.

👍 8 👎 0 **0** Rate This

> *Hoge says he has more proof that he has a valid copyright*
> *transfer with Krendler. He'll need it.—*
> *RADIO NIXON (@RadioNixonUSA) August 01, 2014*

No, A signed, legal agreement should do. But if'n you get your dismissal, it won'y matter so you can continue lying, can't you?

Also, YOU'RE SHOUTING A LOT FOR A GUY WHO CAN'T PROJECT HIS VOICE, AREN'T YOU?

Reply ↓



Ran
on **1 August, 2014 at 18:35** said:

👍 8 👎 0 **0** Rate This

bwilly labors under the delusion that it doesn't matter if the judge sees it and decides it meets the requirements under law, there can be NO valid transfer unless HE HIMSELF SEES IT!!!1!!1 1!

O.o



Noe N. Boo on 1 August, 2014 at 18:14 said:

👍 4 👎 0 ⭕ Rate This

God, John, I do appreciate the way you make the fat man dance.

Reply ↓



Noe N. Boo on 1 August, 2014 at 18:18 said:

👍 8 👎 0 ⭕ Rate This

> Hoge says he has more proof that he has a valid copyright
> transfer with Krendler. He'll need it.—
> RADIO NIXON (@RadioNixonUSA) August 01, 2014

No, A signed, legal agreement should do. But if you get your dismissal, it won't matter so you can continue lying, can't you?

Also, YOU'RE SHOUTING A LOT FOR A GUY WHO CAN'T PROJECT HIS VOICE, AREN'T YOU?

Reply ↓



Ran
on 1 August, 2014 at 18:35 said:

👍 8 👎 0 ⭕ Rate This

bwilly labors under the delusion that it doesn't matter if the judge sees it and decides it meets the requirements under law, there can be NO valid transfer unless HE HIMSELF SEES IT!!!1!!1 1!

O.o

Reply ↓

12



Noel N. Bob on 1 August, 2014 at 18:26 said.

👍 9 👎 0 🚫 Rate This

> *A common trait between Hoge and his flock. They all know*
> *EXACTLY what I was thinking when I wrote something.—*
> *RADIO NIXON (@RadioNixonUSA) August 01, 2014*

If we don't, that means that you're a terrible writer, William.

You see, the written word is the primary means of communicating a thought in JOURNALISM, isn't it?

Are you saying that you're not a journalist, son?

Reply ↓



Noel N. Bob
on 1 August, 2014 at 18:32 said.

👍 6 👎 0 🚫 Rate This

If you intend for us to not know what you mean when you write it in public, are you just publicly masturbating for us?

Oh, Don't answer that. Please?

Reply ↓

13

 BigS~yBob
on **2 August, 2014 at 00:29** said:

👍 5 👎 0 ⊘ Rate This

When Bill Schmalfeldt posts everyone here knows what he has written.
That is everyone here sufficiently skilled in the grammar know exactly what
thought he put to paper. He is too much of a nutter for us to know what
"exactly" is going on in his head. The only people who could possibly have
a fairly complete understanding of that are his fellow nutters, and, possibly,
highly trained specialists such as FBI profilers.

Reply ↓

Some various, miscellaneous attack comments of the sort Hoge encourages.
Family members are not excluded, such as this shot at my wife.

 Tao on **3 August, 2014 at 11:02** said:

👍 7 👎 0 ⊘ Rate This

Looky, looky, looky
Brains unhooky

The Lady Schmalfeldt exposes herself in her first-ever Plague-Mate of the Month
pictorial in her Elkridge Ladies of the Night Special. What ravishing thighs, what
elegant underwear, what sensual lipstick, what embellishing eye-liner! Guaranteed
to please with a dark, sweaty room with gallons of mayonnaise and lots and lots of
licking.

Nom, nom, nom, nom, nom

The Court will no doubt recall that my wife was a key player in the filth that
Hoge claims to have "purchased" from the pseudonymous "Paul Krendler."

14

 **Leroy Oddswatch**
on 2 July, 2014 at 19:08 said

👍 9 👎 0 **0** Rate This

I guess I should offer it as a taunt:

Prove I'm **not** your cousin, or we'll be forced to accept that it is, and always has been, true, and that you've been lying about it! You have until midnight! Or I shall taunt you again! DO IT NOW!!!! FOCUS!!!

 **Leroy Oddswatch**
on 2 July, 2014 at 19:12 said

👍 8 👎 0 **0** Rate This

In addition to which, I DEMAND that you, Bill Schmalfeldt, immediately change your surname to "FlufferNutterGayBoy", as you are clearly not worthy of our shared surname!

DO IT NOW!!!!

Leroy Oddswatch, who has changed his handle to Leroy Schmalfeldt, is no cousin of mine. He claims to have known me as a child. I didn't have all that many cousins, but I knew them all.



**Nea. N. Bob**
on **1 August, 2014 at 17:51** said:

👍 4 👎 0 **❶** Rate This

William, is your demonstrable ability to say hiding for more than seven hours an indication of your mental illness?

Be careful answering that ...

Reply !



**Grace**
on **1 August, 2014 at 14:04** said:

👍 10 👎 0 **❶** Rate This

Gobbeldygook. *eyeroll*

The Deranged Cyberstalker and Adjudicated Harasser Bill Schmalfeldt is going to horribly disappoint his "excellent" friend if he doesn't up his PR game, and at least take a stab at spinning this sanction as a win for his master — the sawed-off, domestic terrorist Brett Kimberlin.

May judicial goodwill and justice continue to follow our Gentle Host.

Reply !

16

 **Aaron "Worthing" Walker**
on 31 July, 2014 at 03:11 said:

👍 6 👎 0  **0** Rate This

and in response to BSB, yeah, remember how much it harmed BS'
reputation when we could say he was an "adjudicated harasser?"
Same problem for Brett if we win this.

He should seriously go to court and admit he is defamation proof.
Then he could claim we won based on that alone. At least stop the
hemorrhaging.

I found this one interesting as I figured all along the only reason Hoge
pushed so hard for his peace order was so that he and Walker (his right hand
man, makes every court appearance with him) would have the right to call
me an "Adjudicated Harasser."

 BigSkyBob
on 2 August, 2014 at 00:29 said:

👍 5 👎 0  **0** Rate This

When Bill Schmalfeldt posts everyone here knows what he has written.
That is everyone here sufficiently skilled in the grammar know exactly what
thought he put to paper. He is too much of a nutter for us to know what
"exactly" is going on in his head. The only people who could possibly have
a fairly complete understanding of that are his fellow nutters, and, possibly,
highly trained specialists such as FBI profilers.

Reply !

17



Neal N. Boo on **1 August, 2014** at **17:59** said.

👍 5 👎 0 ⚡ Rate This

> .@PaulLemmen @OsborneInk Yes. PO's ALWAYS violate their
> client's right to freedom of religion to keep asshats from wasting
> their time.—
> RADIO NIXON (@RadioNixonUSA) August 01, 2014

Isn't young William accusing someone of a crime that he doesn't have the facts to prove?

Isn't that, by Boy William's own standard of law as Oliver Wendell Jones and a master of JOURNALISM!!!ELENTY!!, a no-no?

Reply ;

Ra n
on **1 August, 2014** at **18:17** said.

👍 6 👎 0 ⚡ Rate This

love how bwilly takes "at her request" and decides that means she violated his freedom of religion by forcing him to take it down...
and ignores that HE (bwilly) is one of the asshats trying to waste her time...

Reply .

18

 **Gus Bailey**
on 1 **August, 2014 at 14:56** said:

👍 10 👎 0 ✱ Rate This

No, LG, don't you remember? This blog only FOCUSes on bill. It's
befuddling that a Team Kimberlin post should rival a "laugh at bill"
post.

Granted, bill provides fodder daily, and is an easy mark; but I'd
daresay that Kimberlin news, good or bad, is easily more interest-
ing to most of us. I guess that's because Kimberlin, albeit a con-
victed perjuror, bomber, drug smuggler and a gun runner, and
creepy pedo type; is actually more interesting. Creepy and disgust-
ing, but interesting.

 librarygryffon
on 1 **August, 2014 at 15:15** said:

👍 8 👎 0 ✱ Rate This

You have a point, Gus. Since Biwwy can only FOCUS™ on one
thing on his blog, Hoge, he probably assumes that other blogs can
only have one FOCUS™ too. And being the narcissistic SOB that
he is, he can't imagine that it might just possibly not be all about
him.

19

 *Neal N. Bob* July 28, 2014 at 2:57 pm

If it comes to my attention that William has even made a serious attempt at contacting the family, I'll be set up to go within 48 hours with independent accounts to receive every screencap, document or article that William has ever put out there.

My understanding is that American divorce records are public domain, correct? Those might come in handy as well. In the very unlikely event that he finds out who I am, William will quickly come to understand that he's too lazy, stupid and poor to do very much about it.

As a matter of good faith, I set it up so that John, Paul and, sadly, Micheal, could find out who I was in about 35 seconds, if they so chose. That won't be true if I decide to strike out on my own. And a subpoena from William's imaginary girlfriend, Judge Hollander (who Schmalfeldt, in a work of stunning genius, has created a tag for on his blog of the week) will be meaningless.

My friends, what you've seen here is my off-the-cuff writing. Heretofore, I've lacked what some call "FOCUS!"

Would you like my FOCUS, William? I have the time, energy, and endless wells of contempt necessary to make your life a true and profound misery. Stacy McCain has written one 5,000 word article about you. I used to write things that long every day. I've built large audiences before, and I'll do it again.

I'll make you famous.

Want to be famous, William? Go there. Do that. I'm faster, smarter and infinitely meaner than you are. And I haven't torn into a bully in a good long time. I miss it more than a little bit. Within a week, you'll see Paul's blog and Hogewash as Christmas cards.

Roll that cripple cart over the corpse of a man I admired in an effort to bother his family and you'll pounded from so many different directions for so long that you won't dream of showing your face in public again. And every single word that I write will be fully supported by things that you've put out there, or people that you've been intimately involved with.

Give me a reason to FOCUS, William.

**Reply**

The topic of this next post was one of Hoge's delightful "Are You Pondering What I'm Pondering" bits of whimsy.



Tao on 3 August, 2014 at 12:43 said:

👍 1 👎 0 ⊘ Rate This

If the mayonnaise makes you slip and fall, tearing the ligaments in your knee during your PlagueMate fashion show.

Pwned again, Nommy Boy.

What a maroon.

Reply ↓

---



Noa N. Bob on 1 August, 2014 at 18:26 said:

👍 9 👎 0 ⊘ Rate This

> *A common trait between Hoge and his flock. They all know*
> *EXACTLY what I was thinking when I wrote something.—*
> *RADIO NIXON (@RadioNixonUSA) August 01, 2014*

If we don't, that means that you're a terrible writer, William.

You see, the written word is the primary means of communicating a thought in JOURNALISM, isn't it?

Are you saying that you're not a journalist, son?

Reply ↓



Noa N. Bob
on 1 August, 2014 at 18:32 said:

👍 6 👎 0 ⊘ Rate This

If you intend for us to not know what you mean when you write it in public, are you just publicly masturbating for us?

Oh, Don't answer that. Please?

Reply ↓

21



A Reader # 1 on **1 August, 2014 at 13:51** said:

👍 9 👎 0 ❂ Rate This

He's baaa-aack. And because he can't spin it in a way that helps his very good
friend, he brings up something totally unrelated.

@RadioNixonUSA
The sanctions against Brett… does that mean Hoge somehow invented a time
machine to go back and fix his fatal error in his copyright case?
10:41 AM – 1 Aug 2014

Reply ↓



librarygryffon
on **1 August, 2014 at 13:56** said:

👍 8 👎 0 ❂ Rate This

Bat guano has more logic than Biwwy's tweets. And it's a hell of lot more
use, as I understand it makes fantastic fertilizer.

Reply ↓



Ran
on **1 August, 2014 at 14:32** said:

👍 8 👎 0 ❂ Rate This

flash backs of CASSIDY!!1!11!!
remember how he trumpeted that over and over ad nausem as
how he was going to beat the PO?

good times /sarc

O.o

22



Noel N. Boo on **1 August, 2014** at 18:14 said:

👍 4 👎 0 **⊘** Rate This

God, John, I do appreciate the way you make the fat man dance.

Reply ↓



Noel N. Boo on **1 August, 2014** at 18:18 said:

👍 8 👎 0 **⊘** Rate This

> *Hoge says he has more proof that he has a valid copyright*
> *transfer with Krendler. He'll need it.—*
> *RADIO NIXON (@RadioNixonUSA) August 01, 2014*

No, A signed, legal agreement should do. But if'n you get your dismissal, it won't matter so you can continue lying, can't you?

Also, YOU'RE SHOUTING A LOT FOR A GUY WHO CAN'T PROJECT HIS VOICE, AREN'T YOU?

Reply ↓


Rain
on 1 August, 2014 at 18:35 said:

👍 8 👎 0 **⊘** Rate This

bwi.ly labors under the delusion that it doesn't matter if the judge sees it and decides it meets the requirements under law, there can be NO valid transfer unless HE HIMSELF SEES IT!!!1!!i1!

O.o

◇▪▪◇ **Tao**
▪    ▪
◇▪▪◇ on **3 August, 2014 at 13:17** said:

It would appear that the Elkridge Horror got really turned on by his first edition PlagueMate pictures today. He normally brings up "cuckolded" in relationship with his two dismally failed marriages wherein his former wives, realizing how inhuman he is and acknowledging his pathetic gender issues, opted for masculine genes to further her biological line. Poor Horror – not even fit enough to breed!

Now' in his/her role as the Lady Schmalfeldt, after having finally resolved her gender issues, the Horror opts to pick on others in a desperate attempt to cloud the issue that everyone has deduced, but refrains from mentioning – the issue of just how the Lady Schmalfeldt tore the ligament in her knee yesterday?

Do the words "bend over" give any inkling? It wasn't to pick up paper on the floor. It was in response to "Grab your ankles, sweetie" issued to none other than the Elkridge Horror by one of her BK playmates. Now we know what goes on with all that mayonnaise in that dark, dank, smelly, sweaty-palmed room filled with used Depends.

I am talking about you, Billy-boi!

Nom, nom, nom, nom, nom

Reply !

24



**Tao** on 30 June, 2014 at 22:28 said

👍 10 👎 0 🚫 Rate This

It looks like the Elkridge Horror is being forced to play his own sick, twisted game at long last. And guess what? The little cry-baby doesn't like being on the receiving end of what he has cruelly dished out for the past two years. Demanding that people stop printing the truth because it ends up on Google, BS alternates between cry-baby tears and sophomoric toothless threats in a futile attempt to stop the truth from coming out.

Too bad. This is a game being played against Cyber-Bully BS by his own rules.

He made his bed and now she has to sleep in it.

Reply ↓



**bagramcewcaw** on 1 July, 2014 at 01:46 said:

👍 5 👎 0 🚫 Rate This

You got it, Tao. 😄

Reply ↓



**ukuleledave** on 1 July, 2014 at 07:12 said

👍 3 👎 0 🚫 Rate This

When your online reputation goes from "Anal Rape Enthusiast" to "Deranged Cyberstalker" to "Adjudicated Harasser" and then takes a turn toward "Revenge Pornographer" then maybe you should consider a new hobby.

Reply ↓