# EXHIBIT B

# A SEGMENT OF AN EXHIBIT HOGE OFFERED IN HIS RESPONSE AND DECLARATION, INDICATING THE PRESENCE OF LINES INDICATED THE PRESENCE OF HYPERLINKS, FOLLOWED BY SEVERAL INSTANCES OF MY ORIGINAL PDF VERSION OF "MY SLOW, JOURNALISTIC DEATH" SHOWING WHERE THOSE LINKS LEAD.



Since Bill didn't list any royalty payments from either Cafe Press or Amazon, this reveals that either of two conditions exist:
A) There were no sales of Bill's books or Team Kimberlin (or Team Schmalfeldt) merchandise during 2013.
B) Bill filed a falsified tax return.
This is an instance of a binary, there can only be an A or B, there is no possible grey area where there is a possibility of some A and some B or an existence of a C.

- examdent on 14 April, 2014 at 13:01 said: Ah, there's the difference. You actually SELL books. CB self-published blog fiction, and he has no audience. His irrelevancy is epic. Lol

- Paul H. Lemmen on 14 April, 2014 at 13:21 said: The additional difference is that I do not consider myself an author. He trumpets that he is. Humility in all things. I am a sinner and of no account.

- Neelard Bob (embryoriddlesism) on 14 April, 2014 at 13:04 said: LICKSPITTLE!
TRAILERPARKINSON'S!!
FAN FICTION!!!
PODCAST!!!!

- LLC on 14 April, 2014 at 14:28 said: Alas, I've written a couple books with more on the way, but I don't post here often enough to count as a Lickspittle. I tend far more to lurk and read than I do comment.

Reply

- librarygryffon on 14 April, 2014 at 15.17 said I think Biwwy considers a single post as adequate qualifications to scream Lickspittle at you.

texasslant on 14 April, 2014 at 00:43 said:

I wrote a "book" called Ricky the Rock when http://hogewash.com/2014/04/14/are-you-pondering-what-im-pondering-645/#comment-36745

    • Paul H. Lemmen on 14 April, 2014 at 11:11 said: I wrote an autobiography that is available in both print and downloadable from Amazon in kindle format. The Kindle has been downloaded hundreds of times with all royalties being paid directly to the Clerk of the Court for distribution to my victims. The same with the print version, of which there have been sales to public libraries, again with all royalties going to the Clerk of the Court.
Since Bill didn't list any royalty payments from either Cafe Press or Amazon, this reveals that either of two conditions exist:
A) There were no sales of Bill's books or Team Kimberlin (or Team Schmalfeldt) merchandise during 2013.
B) Bill filed a falsified tax return.
This is an instance of a binary, there can only be an A or B, there is no possible grey area where there is a possibility of some A and some B or an existence of a C.

        o texasslant on 14 April, 2014 at 13:01 said Ah, there's the difference. You actually SELL books. CB self-published blog fiction, and he has no audience. His irrelevancy is epic. Lol

        o Paul H. Lemmen on 14 April, 2014 at 13:21 saidThe additional difference is that I *do not* consider myself an author. He *trumpets* that he is. Humility in all things. I am a sinner and of no account.

3

texasslant on 14 April, 2014 at 00:43 said:

I wrote a "book" called Ricky the Rock when I was 8. Does that count?

- Paul H. Lemmen on 14 April, 2014 at 11:11 said: I wrote an autobiography that is availabe in both print and downloadable from Amazon in kindle format. The Kindle has been downloaded hundreds of times with all royalties being paid directly to the Clerk of the Court for distribution to my victims. The same with the print version, of which there have been sales to public libraries, again with all royalties going to the Clerk of the Court.
Since Bill didn't list any royalty payments from either Cafe Press or Amazon, this reveals that either of two conditions exist:
A) There were no sales of Bill's books or Team Kimberlin (or Team Schmalfeldt) merchandise during 2013.
B) Bill filed a falsified tax return.
This is an instance of a binary, there can only be an A or B, there is no possible grey area where there is a possibility of some A and some B or an existence of a C.

  o texasslant on 14 April, 2014 at 13:01 said Ah, there's the difference. You actually SELL books. CB self-published blog fiction, and he has no audience. His irrelevancy is epic. Lol

  o Paul H. Lemmen on 14 April, 2014 at 13:21 saidThe additional difference is that I *do not* consider myself an author. He *trumpets* that he is. Humility in all things. I am a sinner and of no account.

4

texasslant on 14 April, 2014 at 00:43 said:

I wrote a "book" called Ricky the Rock when I was 8. Does that count?

- Paul H. Lemmen on 14 April, 2014 at 11:11 said: I wrote an autobiography that is availabe in both print and downloadable from Amazon in Kindle format. The Kindle has been downloaded hundreds of tidirectly to the Clerk of the Court for distribution to my victims. The same with the print version, of which there have been sales to public libraries, again with all royalties going to the Clerk of the Court.
Since Bill didn't list any royalty payments from either Cafe Press or Amazon, this reveals that either of two conditions exist:
A) There were no sales of Bill's books or Team Kimberlin (or Team Schmalfeldt) merchandise during 2013.
B) Bill filed a falsified tax return.
This is an instance of a binary, there can only be an A or B, there is no possible grey area where there is a possibility of some A and some B or an existence of a C.

    o  texasslant on 14 April, 2014 at 13:01 said Ah, there's the difference. You actually SELL books. CB self-published blog fiction, and he has no audience. His irrelevancy is epic. Lol

    o  Paul H. Lemmen on 14 April, 2014 at 13:21 saidThe additional difference is that I *do not* consider myself an author. He *trumpets* that he is. Humility in all things. I am a sinner and of no account.