# EXHIBIT C

# A BLOG POST FROM HOGEWASH PROVING THAT THE BLOG DOES NOT MEET THE SPECIFICATIONS FOR A DAILY NEWSLETTER AS ELUCIDATED IN CIRCULAR 62a OF THE US COPYRIGHT OFFICE, FOLLOWED BY PAGE TWO OF CIRCULAR 62a



© W. J. J. Hoge

Home   About   DMCA Contact   Pronunciation Guide   Science & the Bible   The Fine Print   Tip Jar

Posted on 29 July, 2014                                                                                              ← Previous   Next →

# The Contents of This Blog

👍 26  👎 0  *O* Rate This

I write about what interests me. This blog has traffic to the extent that what interests me is interesting to others.

| | | |
|---|---|---|
| Home page / Archives | 🔍 | 24,520 |
| In Re RICO Madness | 🔍 | 1,341 |
| Team Kimberlin Post of the Day | 🔍 | 1,210 |
| Team Kimberlin Post of the Day | 🔍 | 1,162 |
| In Re RICO Madness | 🔍 | 1,107 |
| Michael Malone, R. I. P. | 🔍 | 966 |
| In Re ELH-14-CV-1683 | 🔍 | 878 |
| Copyright Trolling Meets RICO Madness | 🔍 | 830 |

### Newsletters

*A group of newsletter issues may be registered on Form G/DN only if all the following conditions are met:*

1. The work must be a daily newsletter.
2. <u>The work must be a "work made for hire," and the author and claimant must be the same person or organization.</u>
3. Each issue must be an essentially all-new collective work or all-new issue that has not been published before.
4. The application must be filed within three months after the last publication date included in the group.
5. The claim must include two or more issues within a single calendar month within the same year.
6. All issues in the group must have been first published on or after July 1, 1999.
7. The applicant must submit one complete copy of each issue in the group with the application. The applicant must also provide one microfilm copy or up to two free subscriptions, only if specifically requested by the Copyright Office.

### What to Deposit—Newsletters

In all cases, one complete copy of each issue included in the group must accompany the Form G/DN. If the newsletter is published only online, one complete printout of each issue, or a computer disk (or CD-ROM) containing all the issues *and* a printout of the first and last issues included in the group, must be sent.

Additional material must be sent *only if specifically requested by the Copyright Office.* The request will specify the nature of the additional material, which will be either (1) one microfilm copy meeting the specifications given above for newspapers, or (2) one or two complimentary subscriptions for the Library of Congress.

**IMPORTANT:** The microfilm or subscriptions should be sent to a separate address specified in the request from the Copyright Office. This material should not be sent with Form G/DN. Unless expressly requested, no microfilm or subscription copies are required.

**NEWSLETTER ISSUES PUBLISHED BEFORE JULY 1, 1999:** A group of newsletter issues published before July 1, 1999, may be registered using Form SE/Group. A single registration may be made for two or more issues published in a single calendar month within the same year. One complete copy of each issue must be deposited with the application Form SE/Group and the correct fee. Up to two free subscriptions must be provided, only if specifically requested by the Copyright Office. For more information about registering newsletter issues published before July 1, 1999, please call the Literary Division at (202) 707-8250.

### Definitions

#### What is a Newspaper?

As defined by the Newspaper Section of the Serials and Government Publications Division of the Library of Congress, works classified as newspapers are serials mainly designed to be a primary source of written information on current events that can be local, national, or international in scope. Newspapers contain a broad range of news on all subjects and activities and are not limited to any specific subject matter. Newspapers are intended either for the general public or for a particular group.

#### What Is a Daily Newsletter?

For registration purposes, a daily newsletter is defined as a serial published and distributed by mail or electronic media (online, teletacsimile, cassette tape, diskette, or CD-ROM). Publication must occur at least two days a week, and the newsletter must contain news or information of interest <u>chiefly to a special group (for example, trade and professional associations, employees of a corporation, schools, colleges, or churches).</u> Daily newsletters are customarily sold by subscription and are not available on newsstands.

**NOTE:** Group registration for newsletters published weekly or monthly may be available using Form SE/Group. See Circular 62B, *Copyright Registration of a Group of Serial Issues*, for more information.

#### What Is a Collective Work?

The term "collective work" refers to a work, such as a serial issue, in which a number of contributions are assembled into a collective whole.

#### What Is Publication?

The copyright law defines "publication" as "the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending." A work is also "published" if there has been an "offering to distribute copies or phonorecords to a group of persons for purposes of further distribution, public performance, or public display."

#### What Is a Work Made for Hire?

A "work made for hire" is defined as (1) a work prepared by an employee within the scope of his or her employment or

**Page 2, Circular 62a, US Copyright Office**

2

# EXHIBIT D

# DOCUMENTS SHOWING THAT PLAINTIFF HOGE, DURING THE PROGRESS OF THIS CASE, IS TRYING YET AGAIN TO GET A PEACE ORDER AGAINST ME FOR CONTACTING HIM IN WAYS THAT HE DOES NOT APPROVE, A CLEAR ABUSE OF THE COURTS AND PROOF OF HIS VEXATIOUS NATURE.

**DISTRICT COURT OF MARYLAND FOR** Carroll County
Located at 101 N. Court St., Westminster, MD 21157
Case No. SP 525-2014

William John Joseph Hoge vs. William M. Schmalfeldt
20 Ridge Road — Trailer 71, 6636 Washington Blvd.
Westminster, MD 21157 — Elkridge, MD 21075
Home: 4105962854 Work: 4105962854

## PETITION FOR PEACE ORDER

*(NOTE: Fill in the following, checking the appropriate boxes. If you need additional paper, ask the clerk.)*

1. I want protection from William M. Schmalfeldt (aka Bill Schmalfeldt)

The Respondent committed the following acts against William John Joseph Hoge within the past 30 days on the dates stated below. (check all that apply) ☐ kicking ☐ punching ☐ choking ☐ slapping ☐ shooting ☐ rape or other sexual offense (or attempt) ☐ hitting with object ☐ stabbing ☐ shoving ☐ threats of violence ☒ harassment ☐ stalking ☐ detaining against will ☐ trespass ☐ malicious destruction of property ☐ other

The details of what happened are: *(Describe injuries. State the date(s) and place(s) where these acts occurred. Be as specific as you can.)*: Harassment by continued (20+) contacts after a demand to stop. Harassment by filing false Digital Millennium Copyright Act takedown notice resulting in disruption of a commercial website. Threats to file criminal charges if I did not provide information related to a business relationship with a third party.

2. I know of the following court cases involving the Respondent and me:

| Court | Kind of Case | Year Filed | Results or Status (if you know) |
|---|---|---|---|
| U.S. District Court | copyright infringmnt | 2014 | Pending settlement conference |
| Circuit Court | peace order | 2013 | Order granted. 6 month extension granted. |

3. Describe all other harm the Respondent has caused you and give date(s), if known: Respondent was subject to a peace order issued by Judge Stansfield of the Circuit Court on 14 June, 2013. Because of continued harassment, the order was extended for 6 months on 9 Dec, 2013. Order and extension were appealed. Court of Appeals denied cert on both appeals.

4. I want the Respondent to be ordered:
☒ NOT to commit or threaten to commit any of the acts listed in paragraph 1 against William John Joseph Hoge
☒ NOT to contact, attempt to contact, or harass William John Joseph Hoge, 20 Ridge Road, Westminster, MD 21157
☒ NOT to go to the residence(s) at
☐ NOT to go to the school(s) at
☒ NOT to go to the work place(s) at Goddard Space Flight Center, MD (Greenbelt, 20771)
☐ To go to counseling. ☐ To go to mediation. ☐ To pay the filing fees and court costs.
☐ Other specific relief:

I solemnly affirm under the penalties of perjury that the contents of this Petition are true to the best of my knowledge, information, and belief.

17 July, 2014

**NOTICE TO PETITIONER**
Any individual who knowingly provides false information in a Petition for Peace Order is guilty of a misdemeanor and on conviction is subject to a fine not exceeding $1,000 or imprisonment not exceeding 90 days or both.

DC/PO 1 (Rev. 2/2003)

2



**DISTRICT COURT OF MARYLAND FOR CARROLL COUNTY**
101 NORTH COURT ST, WESTMINSTER, MD 21157-5111          Case No. 1002SP005252014
                                                        Date: 07/17/2014 10:17 a.m.

WILLIAM JOHN JOSEPH HOGE   vs   WILLIAM M SCHMALFELDT
**ORDER OF DENIAL OF PETITION FOR PEACE ORDER**

After the appearance of the PETITIONER, and

The petition is denied because: NO STATUTORY BASIS FOR RELIEF.

Date: 07/17/2014                              _____
                                              JUDGE JOANN ELLINGHAUS-JONES

CC-DC/PO 15(4/2008)            Page 1

3

**DISTRICT COURT OF MARYLAND FOR** _Carroll County_
City/County

Located at _101 N. Court Street, Westminster, MD 21157_   Case No. _1002-SP-00525-2014_

_William John Joseph Hoge_ vs. _William M. Schmalfeldt_
Plaintiff/Petitioner                          Defendant/Respondent

**CIVIL APPEAL/REQUEST FOR TRANSCRIPT**
(APPL)            (TRSC)

To the Clerk:
Please note an appeal in the case referenced above. Appellant is the _Petitioner_ in the said case.

☑ District Court cost of $10 enclosed. (Not applicable to Domestic Violence Appeals.)
☑ Advance Circuit Court filing fee and surcharge enclosed:
  ☐ Domestic Violence Case $0  ☐ Application for Expungement of Police Records $55  ☑ Other $135
  (Checks made payable to Circuit Court)

☐ Appellant, as an indigent, seeks a waiver of costs.

☐ My claim amount exceeds $5,000 and I am enclosing a deposit of $75 for the required transcript.
NOTE: On appeal, a transcript of the District Court proceeding is required when the claim amount exceeds $5,000 exclusive of interest, costs, and attorney's fees. The cost is $3 per page for an original transcript and one copy. A deposit of $75 is required when the transcript is requested. You will be billed for the balance. The appeal will not be forwarded until all costs, including the cost of the transcript, have been paid in full.

Date of Trial _17 July, 2014_
Location of Trial _District Court, Westminster MD_

_17 July, 2014_                          _WJJ Hoge_
Date                                     Signature of Appellant/Attorney, Attorney Code

                                         _20 Ridge Road_
                                         Signer's Address
Signer's Facsimile Number, if any        _Westminster, MD_
                                         City, State, Zip
Signer's E-mail Address, if any          _(410) 596-2854_
                                         Signer's Telephone Number

**CERTIFICATE OF SERVICE**

I certify that I served a Notice of Appeal upon the following party or parties by mailing first-class mail, postage prepaid on _17 July, 2014_ to:

_William M. Schmalfeldt_        _Trailer 71, 6636 Washington Blvd._
Name                             Address
                                 _Elkridge, MD 21075_
                                 City, State, Zip

RECEIVED 2014 JUL 17 CARROLL CO DIST CT

_17 July, 2014_                  _WJJ Hoge_
Date                             Signature of Appellant/Attorney, Attorney Code

DC/CV 37 (Rev. 7-2011)

4

### Circuit Court of Maryland

Go Back

**Case Information**

| | |
|---|---|
| Court System: | Circuit Court for Carroll County - Civil System |
| Case Number: | 06C14067023 |
| Title: | |
| Case Type: | District Court Appeal - Peace Order   Filing Date: 07/30/2014 |
| Case Status: | Open/Active |

District Case No: 1002SP005252014

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*
Party Type: Respondent   Party No.: 1
Name: Schmalfeldt, William M

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

5