# EXHIBIT A

# HOGE'S EMAIL FROM "KRENDLER" SETTING UP THE COPYRIGHT TRANSFER

```
From: brainsrfood@gmail.com
Subject: World Book & E-book rights sale
Date: 30 April, 2014 at 04:18
To: hmself@wjhoge.com
```

Dear Mr. Hoge,

Per our discussion, let this email serve as a written agreement between us to assign the world book and ebook rights to the blog post located at http://thinkingmanszombie.wordpress.com/2014/04/23/we-can-write-whatever-we-want-right/. In exchange, you will pay me the sum of five (5) dollars USD.

Payment can be made in the form of cash or personal check made out to "Cash" in the agreed upon amount, and can be mailed to:

The Man of the House


Also, let it be explicitly understood between us that all other rights, real or implied, are retained by me.

With thanks and best regards,

Paul Krendler

Sent from Windows Mail

1