# EXHIBIT B

# A LINE GRAPH DEMONSTRATING THE NUMBER OF COMMENTS PER DAY ON HOGEWASH.COM FOR JULY 2012, 2013 and 2014 WHICH SHOWS HOW POPULAR HIS BLOG HAS BECOME SINCE HE RESORTED TO WRITING A HATE BLOG FOR THE ENTERTAINMENT OF HIS COMMENTERS

