# EXHIBIT C

# A SAMPLING OF BLOG POSTS DEMONSTRATING HOGE'S LACK OF RESPECT FOR SCHMALFELDT'S INTELLIGENCE, HIS FONDNESS FOR DEROGATORY NICKNAMES, AND HIS OVERALL HUBRIS

1

# Stupid Is As Stupid Does

👍 24  👎 0  *O* Rate This

Over the last 24 hours, the Dreadful Pro-Se Schmalfeldt™ has been running off at the keyboard as he rants about the *Hoge v. Schmalfeldt* copyright infringement lawsuit. In doing so, he has made a series of admissions against interest that demonstrate that there are material facts still disputed in the case. Those admissions destroy his grounds for seeking summary judgment.

He has the right to remain silent. He lacks the wisdom.

**SHARE THIS:**

🐦 Twitter 🔵   f Facebook   in LinkedIn ❶   ✉ Email   🖨 Print   ⟲ More

↻ Reblog   ★ Like

2 bloggers like this.

1

# Prevarication Du Jour

👍 19  👎 0  ✪ Hate This

 **RADIO NIXON**                    ✿   ⊷ Follow

## Hoge lies again. I denied it was published "WITHOUT PERMISSION" as Hoge's TOS granted.

↩   ↻   ★   ⋯

e.) Defendant denies publishing *My Slow, Journalistic Death* as an ebook on or about 18 April, 2014. ECF No 39, ¶ 19. He denies that Chapter 13 of that ebook reproduces a 14 April, 2014, website entry from Mr. Hoge's blog *in toto*. *Id.* He denies that the ebook was offered for sale and that copies were sold. *Id.* This is contradicted by his in court statement. A printed copy of the ebook (which the Court examined at length) was offered in evidence during the Hearing as Plaintiff's Exhibit 3. During the Hearing, Defendant authenticated that exhibit as an accurate copy of the ebook he published. The Hearing Exhibit 3 is attached to

Oh, I'm lying, am I?

Here's what I allege in paragraph 19 of my Amended Complaint.

19. On or about 18 April, 2014, Defendant published his book, *My Slow Journalistic Death*, online. Chapter Thirteen of his book reproduced Mr. Hoge's 14 April website entry with comments *in toto*. This use was without permission. Defendant offered copies of his book for sale and sold copies over the Internet as ebooks via Amazon and Smashwords.

Here's is how The Dreadful Pro-Se Schmalfeld:™ answered that allegation. There's no qualification. He made a flat-out denial of everything alleged in the paragraph. That means that he denied publishing the ebook and that he offered it for sale. That may not have been what he meant, but it is what he said.

19.   Denied.

2



Of course, the paperwork was valid, and the peace order was extended.

So consider his track record when he says ...



# Dead Air

👍 21 👎 0 ⊘ Rate This

 **RADIO NIXON**                                      ⚙   ·👤 Follow

## Why do you suppose Hoge had more comments in ONE DAY in July 2014 than he had in all of July 2012? Hands? Any hands?

↩   ⟲   ✦   ⋯

Bueller … Bueller …

UPDATE—Perhaps the increase in comments is in some way related to the growth of traffic here at *Hogewash!*.

July, 2011 — 86 hits
July, 2012 — 30,914 hits (about 18,000 from my first Instalanche)
July, 2013 — 56,212 hits
July, 2014 — 174,853 hits

While it is true that most of comments over the past few months have been related to The Dreadful Pro-Se Schmalfeldt™, it appears that most of my readers aren't particularly interested in him. Looking at my incoming stats, the vast majority of hits on this blog are not directed to posts that are about the Cabin Boy™ or contain comments about him.

4

# In Re ELH-14-CV-1683

👍 25  💬 0  ⚙ Rate This

Last week, The Dreadful Pro-Se Schmalfeldt™ filed a motion for leave to file a second amended counterclaim in the Hoge v. Schmalfeldt copyright infringement lawsuit. Yesterday, I filed an opposition to his motion.



SHOW ME MORE LIKE RRECF38 REDACTED                              ✕

Scribd.   ⬇ Download    ⦉ Share   ‹›              ℹ of 9   🔍 Q   ▭

My opposition speaks for itself, so I do not plan to make any substantive comments about it until the court rules on TDPS's™ motion.

UPDATE

 WMS Radio Network                        ⚙   •≗ Follow

## I plan to ask Hoge, under oath, if Aaron Walker wrote that brief for him.

↩  ⟲  •  ⎯

DECLARATION

I, William John Joseph Hoge, declare under penalty of perjury that I am the author of COUNTERCLAIM DEFENDANT HOGE'S OPPOSITION TO COUNTERCLAIM PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIM (ECF NO. 38).

/s/ William John Joseph Hoge
25 July 2014



**Bill Schmalfeldt**
FTRRadioNews

So, I'm not particularly worried about Oct. 16. Hoge, on the other hand, should start considering a criminal defense against perjury.

← Reply   ↻ Retweet   ★ Favorite   ••• More

8:10 AM   10 Oct 13



**Bill Schmalfeldt**
FTRRadioNews

If Hoge gets clapped into cuffs and thrown in jail for lying under oath, he'll spin it into a win. "LOOK! New bracelets and a free room!"

← Reply   ↻ Retweet   ★ Favorite   ••• More

6:27 PM   8 Oct 13

Of course, I never took the stand during that hearing on the motion to modify because the judge dismissed the case before it was my turn to respond. TDPS's™ case was so weak the judge saw no need to bother having to hear more.

TDPS™ kept up his harassment, so I filed for an extension of the peace order. TDPS™ didn't think my paperwork was valid.

6

# In Re ELH-14-CV-1683

👍 31  👎 1  ⊘ Rate This

The preliminary injunction hearing in the *Hoge v. Schmalfeldt* copyright suit concluded just after 1 pm. The preliminary injunction I am seeking is an unusual remedy in a copyright case. Judge Hollander was not prepared to rule from the bench. She said we should expect a written ruling within a week or two.

A side note: Schmalfeldt was accompanied to court by Brett Kimberlin.

UPDATE—As a part of her understanding the infringement I am complying about, Judge Hollander spent a significant amount of time comparing the comments on my 14 April *Are You Pondering What I'm Pondering?* post to what The Dreadful Pro-Se Schmalfeldt™ incorporated into his ebook *My Slow, Journalistic Death*. She seemed to find some of the more strident comments off-putting because she had no context concerning what many commenters were replying to. However, she did see that Schmalfeldt had lifted the entire post without complying with the *Hogewash!* Terms of Service. He did not, where practicable, provide a proper link. By the way, The Fine Print has been recently revised.

One last note about the hearing. Judge Hollander made it clear that she will base her ruling strictly on the law and the evidence presented today. She will not be looking at evidence from extrajudicial sources.

7

# Team Kimberlin Post of the Day

👍 24 👎 0 ⊙ Rate This

Like the rest of Team Kimberlin, The Dreadful Pro-Se Schmalfeldt™ is a bad liar, but he's does even worse as a prophet.

He was oh-so confident of his victory in the Circuit Court trial for the peace order issued against him.

> **Deep Brain Radio** *The answer to that question depends on what the judge decides when we ask for attorney fees.*
> *8:13 PM – 12 Jun 13*

Here's what he was predicting last September and early October about the upcoming hearing on his petition to modify the peace order.

**Bill Schmalfeldt**
Word on the street is that Hoge's going to display what a magnanimous blowhard he is... pic.twitter.com/35TF8sTSu3
🔗 View photo

**Bill Schmalfeldt**
...by asking the court to withdraw the peace order he won through unconstitutional means in June. pic.twitter.com/oxSog0cmiH
🔗 View photo

**Bill Schmalfeldt**
No idea if it's true, but that's what my sources are telling me. I hope not. I REALLY want Hoge under oath on 10/16
pic.twitter.com/BZm06EmTq1

8

Posted on 15 July, 2014

# Prevarication Du Jour

👍 20 👎 0 ⊘ Rate This

The Dreadful Pro-Se Schmalfeldt™ is now trying to spin a story of WordPress taking down 45 images and videos from *Hogewash!* because of a clerical error.

 **WMS Radio Network**  ✦ Follow

.@mayberryville .@wilsb8 Must be some brain damage in there. I didn't ask Wordpress to take the NASA photos down. That's why they're back up.

↩   ⟲   ★   ⋯

WordPress has a different take on the situation.

Steve - WordPress.com
[DMCA #1890756] DMCA Takedown Notice

Re: [DMCA #1890756] DMCA Takedown Notice

Under penalty of perjury I have a good faith belief that the material subject to the above referenced DMCA takedown was removed by mistake. The individual filing the notice is neither the owner nor the agent for the owner of the material.

I consent to the jurisdiction of the U.S. District Court for the District of Maryland and will accept service of process from the person filing the original takedown notice.

Hi there

Thanks for your notice

As a result, we will be restoring access to the material shortly.

We apologize for the inconvenience and appreciate your patience with this matter

Cheers, Steve | Community Guardian | WordPress.com

They say that they restored my material after TDPS™ admitted he had filed an erroneous DMCA takedown notice.

The Gentle Reader is free to believe either WordPress or TDPS™ as he chooses.

# What the Words Actually Say

👍 20  👎 0  ● Rate This

The Dreadful Pro-Se Schmalfeldt™ says that the readers of this blog have great difficulty understanding what words actually say. Of course, sometimes the words are confusing.

The words that the Cabin Boy™ alleges that WordPress neglected to include in the DMCA takedown notice they forwarded to me list the following blog post as containing infringing material, http://hogewash.com/2014/06/20/in-re-schmalfeldt-v-hoge-5, and he describes that post as "It is a full page screencap of my copyrighted 'Patriot-Ombudsman' blog that I have since taken off line, but the copyright can clearly be seen at the bottom of the page. Used without permission."

Here's that post —

**In Re Schmalfeldt v. Hoge**

Originally posted on 20 June, 2014

On 19 June, 2014, the Maryland Court of Appeals denied Bill Schmalfeldt's petition for a writ of certiorari. His appeal of the extension of the peace order will not be heard.

UPDATE — The Dreadful Pro-Se Schmalfeldt™ has asked this question ...

 **WMS Radio Network**                    ⚙  +🗨 Follow

For all the posturing and bloviating and namecalling over at Hoge World, NOBODY can seem to explain HOW Hoge WINS an UNWINNABLE CASE!

↩    🔁    ★    ...

... and his question deserves an answer. The way that I'll win the next "unwinnable" case is the same way I won the "unwinnable" peace order and the "unwinnable" peace order extension — by having the facts and the law on my side.

• • •

<sarc>Now, the words that the Cabin Boy™ claims to have included in his takedown notice clearly seem to say that the post contains a "full page screencap" from *Patriot-Ombudsman*, so the Candle Reader's confusion is understandable.</sarc>

UPDATE — Added the <sarc> tags.

11

## RSPCA?                                                           49

Posted on **22 May, 2014**

👍 29 👎 0  ⓘ Rate This

I took a look at the Cabin Boy's™ latest website (so you don't have to). Is The Dreadful
Pro-Se Schmalfeldt™ really being sponsored by the Rigellian Society for the Prevention of
Cruelty to Androids?

Posted in **Blogging, Team Kimberlin, Trolls** | Tagged **Cabin Boy Bill Schmalfeldt, Dreadful Pro-Se
Schmalfeldt | 49 Replies**


## Recommended Reading                                              8

Posted on **21 May, 2014**

👍 23 👎 0  ⓘ Rate This

A website devoted to The Dreadful Pro-Se Schmalfeldt™ — Blubber Sues Bloggers. Heh.

Posted in **Blogging, Lawfare, Team Kimberlin, Trolls** | Tagged **Cabin Boy Bill Schmalfeldt | 8 Replies**

12

# Prevarication Du Jour

👍 26 👎 0 ⓞ Rate This

Last Tuesday, The Dreadful Pro-Se Schmalfeldt™ posted the following on his *Patriot-Ombudsman* blog (He's taken it down, but I wouldn't link to it anyway.)—

> Today I have filed a lawsuit in the US District Court for the District of Maryland, Northern Division.
>
> The defendants are:
>
> WJJ Hoge III
> Robert Stacy McCain
> Nancy Gilly, aka "LibraryGryffon"
> Paul H. Lemmen
> Bettina Haper, aka "Black Betty"
> Chris Heather, aka "Embryriddlealum" and any number of other sock puppets
> Kyle Kiernan
> Stephen R. Sheiko
> Kimberly Dykes
> The anonymous blogger calling itself "Paul Krendler"

That information appears to be false.

If one searches for any information related to William Schmalfeldt on PACER, the federal Public Access to Court Electronic Records system, here's what is returned:

## Selection Criteria for Query

| Name Criteria | William Schmalfeldt |
|---|---|
| Name Matched | William M. Schmalfeldt |

## 8:13-cv-03059-PWG Kimberlin v. National Bloggers Club et al
### Paul W. Grimm, presiding
### Date filed: 10/15/2013
### Date of last filing: 05/16/2014

The only case in the entire federal system with a document relating to the Cabin Boy™ is The Dread Pro-Se Kimberlin's RICO Madness. The Gentle Reader may remember that the Cabin Boy™ sent a couple of letters to Judge Grimm which were returned because they had no bearing on that case.

According to the Clerk's office at the U. S. District Courthouse in Baltimore, if a suit had been filed, even one seeking *in forma pauperis* status, it would have been posted on PACER not later than close of business on the day after it was received. It would be tagged as pending until the pauper's status was determined. It's after close of business, and there's no such case on PACER. That means that the Clerk did not receive any such lawsuit by Thursday. Even if TDPS had mailed the suit, it should have made it to the court by yesterday. [Note: The clerk providing this information was one of the day-shift crew who works normal business days. The night and holiday staff was not available.]

I suspect that the Cabin Boy™ is lying about filing suit. Of course, I could be wrong. He could easily prove me wrong by publishing what he filed just as he published TDPK's original RICO Madness complaint.

Don't hold your breath.

14

Posted on 25 May, 2014

# Lawsuit? What Lawsuit?

👍 22 👎 0 ❂ Rate This

The Dreadful Pro-Se Schmaffe'dt™ has announced that he is not going to sue me and nine other persons. He did so in a comment posted here.

Stacy McCain, one of the other prospective defendants, comments here.

The Daley Gator comments here.

I have no comment on the matter.

15

# Prevarication Du Jour

👍 29 👎 0 🔘 Rate This

The Dreadful Pro-Se Schmalfeldt™ lies again.

> So, I am not going to sue anybody. You don't deserve a
> moment's more of my time and effort.

Here's the complaint that he filed. This is an active case that was posted on PACER about
3:30 pm this afternoon.



This is an incredibly flawed complaint. However, I ask that folks refrain from commenting
on TDPS's errors. Please refrain from showing him how to improve his game. To that end,
comments are disabled on this post.

# Game Over

👍 26 👎 0 ⊘ Hate This

The Dreadful Pro-Se Schmalfeldt™ has been successful in pulling the plug on his vexatious lawsuit that he filed against me and nine other people.



SHOW ME MORE LIKE ECF 4    ✕

Scribd.    ⬇ Download    < Share    ‹ ›    1    of 1    ⊕ ⊖    ⬛

View This document on Scribd

Questions still remain about the actual timing and sequence of events relating to the filing and withdrawal of the suit.

UPDATE—TDPS has posted the Certified Mail receipt for his mail of the complaint, and it shows that the USPS routed his package via Florida. That explains why it took seven days for the complaint to make it roughly 12 miles to the U. S. Courthouse in Baltimore. That's interesting, but it still doesn't demonstrate when he actually mailed his letter asking for the suit to be dismissed.

UPDATE 2—Well, well, well … The Cabin Boy™ Who Cried, "Welf! "Parkinson's!" has posted a Certified Mail receipt that tends to verify his story of mailing his letter seeking to dismiss his lawsuit as he said. The Gentle Reader will understand my natural skepticism for the Cabin Boy's™ claims. I'm pleasantly surprised to see tell the truth about something materially significant to one of his legal matters.

Bravo!

17

# Peace Order? What Peace Order?

👍 22 👎 0  ❶ Rate This

The Dreadful Pro-Se Schmalfeldt's™ vexatious peace order petition against Patrick Grady has been dismissed.

More later.

UPDATE—

| DISTRICT COURT OF MARYLAND |
| :---: |

Case Information

**Go Back**

**Court System:** DISTRICT COURT FOR HOWARD COUNTY - CIVIL System
**Case Number:** 1001SP003762014  **Case Status:** COMPLETE
**Case Type:** PEACE ORDER  **Order Valid Thru:** 06/02/2014
**Filing Date:** 05/31/2014

**Defendant Name:** GRADY, PATRICK G
**City:** PALATINE  **State:** IL

| | |
|---|---|
| **Hearing Date:** | 05/31/2014  **Hearing Time:** 12:0 AM |
| **Hearing Location:** | 3451 COURTHOUSE DRIVE,ELLICOTT CITY,MD 21043 |
| **Served Date:** | 06/02/2014 |
| **Hearing Type:** | INTERIM |
| **Result:** | COURT ORDERS
SHALL NOT ABUSE
SHALL NOT CONTACT
SHALL NOT ENTER RESIDENCE |
| **Hearing Date:** | 06/02/2014  **Hearing Time:** 1:46 PM  **Room:** X3 |
| **Hearing Location:** | 3451 COURTHOUSE DRIVE,ELLICOTT CITY,MD 21043 |
| **Hearing Type:** | TEMPORARY |
| **Result:** | DISMISSED: PETITIONER FAILED TO APPEAR |
| **Hearing Date:** | 06/09/2014  **Hearing Type:** 1:15 PM |
| **Hearing Location:** | 3451 COURTHOUSE DRIVE,ELLICOTT CITY,MD 21043 |
| **Hearing Type:** | FINAL |
| **Result:** | CANCEL DUE TO CASE DISMISSED |

This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format

18

# In Re EIH-14-CV-1683

👍 26 👎 0 ⊘ Rate This

I haven't received The Dreadful Pro-Se Schmalfeldt's™ answer and counterclaims to my copyright lawsuit yet. I'll pick them up from the Post Office on the way to work in the morning. However, I have downloaded them from PACER.

I don't intend to have any further comment on them until I have studied them in greater detail and manage to stop laughing.

Posted on 8 June, 2014

# Team Kimberlin Post of the Day

👍 28 👎 0 ⊘ Rate This

Even a flatworm learns to turn away from pain, but Team Kimberlin keeps on making the same mistakes. Just two days after filing his original complaint in the *Kimberlin v. The Universe, et al.* RICO Madness, TDPK filed an amended complaint. He did so without the benefit of seeing how we defendants might attack his case with our motions to dismiss, and he used up the one amendment allowed by the Federal Rules of Civil Procedure. A second amend complaint requires permission from the court.

The Dreadful Pro-Se Schmalfeldt™ has made the same mistake. Well, not exactly. TDPS waited only one day before filing an amended answer and counterclaims in the *Hoge v. Schmalfeldt* copyright suit.

Slow and steady wins the race.