

August 7, 2014

Clerk of the Court

US District Court for the District of Maryland (Northern Division)

101 W. Lombard St.

Baltimore, MD ~~21075~~ 21201

RE: HOGE v. SCHMALFELDT, 1:14-CV-01683-ELH

Please add the attached motion addressed to the Circuit Court for Carroll County, Maryland, to the record in the above-cited case. This is my motion for that court to dismiss Mr. Hoge's appeal to the Circuit Court for the District Court of Carroll County's Refusal to grant him a temporary peace order.

Thank you.

William M. Schmalfeldt