IN THE CIRCUIT COURT FOR CARROLL COUNTY, MARYLAND

WILLIAM JOHN JOSEPH HOGE )
20 Ridge Rd. )
Westminster, MD 21157 )
)
    Pro Se *Petitioner*, )
) Case No. 06C14067023
v. )
)
WILLIAM M. SCHMALFELDT )
6636 Washington Blvd. #71 )
Elkridge, MD 21075 )
)
    Pro Se *Respondent*. )
_____)

### RESPONDENT'S MOTION TO DISMISS PETITIONER'S APPEAL OF REJECTION OF PEACE ORDER BY THE DISTRICT COURT OF CARROL COUNTY FOR LACK OF JURISDICTION

Now comes Respondent William M. Schmalfeldt with this Motion to Dismiss the Appeal of Petitioner William John Joseph Hoge III's for the rejection of his Motion for a Temporary Peace Order by the District Court for Carroll County, Maryland (Case No. 002SP005252014) for lack of jurisdiction under Maryland Courts and Judicial Proceedings §6–201(a).

**Facts of the Case**

On July 17, the Petitioner was denied a Temporary Peace Order by the District Court for Carroll County, Maryland, against this Respondent for failure to provide a "statutory base for relief".

1

On the same day, the Petitioner filed an appeal of the District Court's decision.

On August 6, 2014, the Circuit Court for Carroll County, Maryland, docketed the instant case for a de novo appeal hearing on August 27, 2014.

Given the fact that the Respondent lives in Howard County, Maryland, and the Petitioner lives in Carroll County, Maryland, the Petitioner still finds himself unable to provide a statutory base for relief, according to Maryland Courts and Judicial Proceedings §6–201(a).

> **Subject to the provisions of §§ 6–202 and 6–203 of this subtitle and unless otherwise provided by law, a civil action shall be brought in a county where the defendant resides, carries on a regular business, is employed, or habitually engages in a vocation. In addition, a corporation also may be sued where it maintains its principal offices in the State.** *(Id.)*

Respondent resides and is retired, living in Howard County, Maryland.

Petitioner is engaged in a vexatious copyright infringement case against Respondent in the U.S. District Court for the District of Maryland (Northern Division), Case No. 1:14-CV-01683-ELH, and this action before the Circuit Court for Carroll County arose from the fact that Respondent sent message to Petitioner regarding the Copyright Infringement case in a lawful, peaceful fashion. This attempt to get yet another Peace Order against the respondent is just one more attempt by this petitioner in his nearly two year

2

campaign to degrade the respondent's long-standing Parkinson's disease by heaping even more stress on him after filing 367 dismissed criminal charges, a Peace Order and a subsequent six-month extension, and the current baseless lawsuit in the U. S. District Court.

THEREFORE: Mr. Schmalfeldt prays that the Honorable Court DISMISS the Petitioner's appeal for lack of personal jurisdiction under Maryland Courts and Judicial Proceedings §6–201(a), BAR the Petitioner from any further legal proceedings against this Respondent unless first approved by a review of the Court, and any other relief the court may find just and proper.

DATED: AUGUST 7, 2014         Respectfully submitted,

_____

William M. Schmalfeldt, Pro Se
6636 Washington Blvd. Lot 71
Elkridge, MD 21075
410-206-9637
bschmalfeldt@comcast.net

### Verification

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and all copies are true and correct representations of the original documents.

William M. Schmalfeldt

## Certificate of Service

I certify that on the 7th day of August, 2014, I served a copy of the foregoing Motion to Dismiss Petitioner's Appeal by First Class Mail to W.J.J.Hoge, 20 Ridge Road, Westminster, MD 21157, Certified, Return Receipt Requested.

William M. Schmalfeldt

4